Rachel B. Lauesen, ABA No. 0905016
Lauesen Law Team, LLC
521 W. 41st Avenue, Suite 102
Anchorage, Alaska 99503
Telephone: (907) 206-2030
Facsimile: (907) 206-2040
Email: rachel@lauesenlaw.com

Attorneys for Defendant Leroy Oenga, Jr.

| | |
|---|---|
| RAYMOND C. GIVENS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| LEROY OENGA, JR. ) | |
| ) | |
| Defendant. ) | |
| ) | Case No. 3:21-cv-00008-HRH |

## MOTION TO DISMISS

COMES NOW Rachel B. Lauesen, attorney for Defendant Leroy Oenga, Jr., and hereby moves this honorable Court for an Order dismissing the complaint pursuant to Alaska Bar Rule 39.

Alaska Bar Rule 39 provides:

**(a) Notice Requirement by Attorney to Client.** At the time of service of a summons in a civil action against his or her client for the recovery of fees for professional services rendered, an attorney will serve upon the client a written "notice of client's right to arbitrate or mediate," which will state:

> You are notified that you have a right to file a Petition for Arbitration of Fee Dispute or a Request for Mediation and stay this civil action. Forms and

*Givens v. Oenga.* Case No. 3:21-cv-00008-HRH
Motion to Dismiss
Page 1 of 3
Case 3:21-cv-00008-HRH   Document 17   Filed 05/07/21   Page 1 of 3

instructions for filing a Petition for Arbitration of Fee Dispute or a Request for Mediation and a motion for stay are available from the Alaska Bar Association, P.O. Box 100279, Anchorage, AK 99510-0279, or contact (907) 272-7469 for the Alaska Bar Association's street address. If you do not file the Petition for Arbitration of Fee Dispute or a Request for Mediation within twenty (20) days after your receipt of this notice, you will waive your right to arbitration or mediation.

Failure to give this notice will be grounds for dismissal of the civil action.

In this case, Plaintiff Givens claims Mr. Oenga owes him money for attorney's fees associated with the professional services he provided. As such, Mr. Givens was required to give Mr. Oenga notice of his right to arbitrate or mediate, which he failed to do.

While the Alaska Bar Association does not show Mr. Givens as ever being licensed to practice in the State of Alaska, the Alaska Bar Association has jurisdiction over any attorney who appears, participates, or otherwise engages in the practice of law in this state.[1] Fee disputes subject to arbitration includes disputes with attorneys licensed in other states where a material portion of the legal services were rendered in the State of Alaska.[2] Here, the Defendant Leroy Oenga, Jr. and his family members are all Alaska Natives and Alaska residents. The property that was at dispute in the litigation is located in Alaska.

---

[1] Alaska Bar Rule 34(d)
[2] Alaska Bar Rule 34(c).

*Givens v. Oenga.* Case No. 3:21-cv-00008-HRH
Motion to Dismiss
Page 2 of 3

Mr. Givens provided legal services to Alaskans. The Alaska Bar Rules and Bar jurisdiction govern Mr. Givens and this fee agreement. As such, pursuant to Alaska Bar Rule 39, the Complaint in this action should be dismissed.

Respectfully submitted in Anchorage, Alaska this 7th day of May, 2021.

LAUESEN LAW TEAM, LLC
Attorneys for Defendant Leroy Oenga, Jr.

By:   s/ Rachel B. Lauesen
     Rachel B. Lauesen, ABA No. 0905016

CERTIFICATE OF SERVICE
The undersigned hereby certifies that on
7th day of May, 2021 a true and correct
copy of the foregoing document was served via
CM/ECF to the following recipients:

Russell Winner, Esq.
rwinner@winnerlaw.com


By: s/ Rachel B. Lauesen
     Rachel B. Lauesen