Russell L. Winner
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Facsimile: (907) 277-4510
Email: rwinner@winnerlaw.com

Attorneys for Plaintiff Raymond C. Givens

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>    Plaintiff,<br><br>  v.<br><br>LEROY OENGA, JR.<br><br>    Defendant. | Case No. 3:21-cv-00008-HRH |

**PLAINTIFF'S NOTICE OF RELATED CASE**

COMES NOW Plaintiff Raymond C. Givens, by his undersigned counsel, and, pursuant to Local Rules 16.1(e) and 3.1(b), gives notice that the instant case is related to *Givens v. Wallace Oenga*, United States District Court for the District of Alaska, Case No. 3:19-cv-00043-HRH, on appeal to the United States Court of Appeals for the Ninth Circuit, in *Givens, Plaintiff-Appellee v. Bureau of Trust Funds Administration,*

PLAINTIFF'S NOTICE OF RELATED CASE
*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska, Case No. 3:21-cv-00008-HRH      Page 1 of 2

Case 3:21-cv-00008-HRH   Document 18   Filed 05/07/21   Page 1 of 2

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

*Appellant*, Case No. 20-36064. Notice of this related case was given by Plaintiff in his Civil Cover Sheet, Form JS44, previously filed with the Court. (Docket No. 2)

Both cases involve the same underlying litigation in which Plaintiff represented the Oenga heirs, including Wallace Oenga and Defendant's father, Leroy Oenga, Sr., against the Bureau of Indian Affairs and oil companies, before the Court of Federal Claims and in related administrative litigation. Both cases involve the same correspondence and settlement documents concerning that litigation. Both cases involve the same Contingency Fee Contract, Contingency Fee Contract First Amendment, and Fee/Cost Reduction Agreement, entered into by and between Plaintiff and the Oenga heirs, including Wallace Oenga and Leroy Oenga, Sr. Further, upon the death of Leroy Oenga, Sr., Wallace Oenga was the personal representative of his estate, from which Defendant inherited his father's interest in the Oenga Native allotment.

Dated this 7th day of May, 2021, at Anchorage, Alaska.

        WINNER & ASSOCIATES, P.C.
        Attorneys for Plaintiff Raymond C. Givens

        By: /s/ Russell L. Winner
            Russell L. Winner
            Alaska Bar No. 4811179

**Certificate of Service**
I hereby certify that on May 7, 2021,
a copy of the foregoing document was served electronically
through the ECF system as indicated on the Notice of Electronic Filing.

By: /s/ Carrie Sisson
      Carrie Sisson

PLAINTIFF'S NOTICE OF RELATED CASE
*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska, Case No. 3:21-cv-00008-HRH      Page 2 of 2

Case 3:21-cv-00008-HRH    Document 18    Filed 05/07/21    Page 2 of 2