
# Givens Law Firm

1309 114th Ave. S.E. Ste. 211
Bellevue, WA 98004
phone 425.641.5949
fax 425.614.0158
raygivens@givenslaw.com
www.givenslaw.com

April 18, 2011

Clerk's Office
US District Court for the District of Columbia
333 Constitution Ave. NW
Washington, DC 20001

Cobell Class Counsel
607 14th St. NW
Suite 900
Washington, DC 20005-2018

Robert E. Kirschman, Jr.
Dept of Justice, Civil Div.
PO Box 875
Ben Franklin Station
Washington, DC 20044

    Re:    *Cobell v. Salazar*, #1:96cv01285
             Plaintiffs in *Oenga v. United States*, US Court of Federal Claims # 06-491-L
             Appellants in *Oenga v. United States*, Federal Circuit # 2011-5074
             Categorical *Cobell* Class Exclusion

Dear Clerk and Counsel,

       This office represents the plaintiffs in *Oenga v. United States*, US Court of Federal Claims # 06-491-L, and Appellants in Federal Circuit # 2011-5074. Their names and IIM account numbers are listed below. A Judgment has been entered in their favor by the Court of Federal Claims, which is subject to the pending appeal. See attached.

       Notice is hereby given that pursuant to §A.35 of the *Cobell* Class Action Settlement Agreement ("persons who filed actions on their own behalf" excluded from Trust Administration Class), the below listed Oenga Plaintiffs are categorically excluded from the *Cobell* Trust Administration Class.

Case 3:21-cv-00008-HRH   Document 21-1   Filed 05/10/21   Page 1 of 2

Exhibit 1
Page 1 of 2

The Plaintiffs in *Oenga v. United States* to whom this categorical exclusion apply are set out below:

- Wallace Oenga     IIM#985U000204     DOB: 5/09/1952
- Georgene Shugluk     IIM#985U000205     DOB: 2/20/1949
- Leroy Oenga, Sr.     IIM#985U000206     DOB: 5/06/1956
- Tony Delia     IIM#985U000754     DOB: 5/08/1957
- Jennie Marie Miller     IIM#985U000759     DOB: 10/23/1964
- Joseph Delia     IIM#985U000755     DOB: 2/13/1960
- Trinity Delia     IIM#985U000756     DOB: 10/21/1996
- Estate of Michael M. Delia (Probate #P 000068143IP)     IIM#985U000207     DOB 7/09/1954

If you have any question, please contact me.

Sincerely,

Raymond C. Givens

Enc: Judgment
cc: Clients