Russell L. Winner
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Facsimile: (907) 277-4510
Email: rwinner@winnerlaw.com

Attorneys for Plaintiff Raymond C. Givens

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LEROY OENGA, JR.<br><br>　　　　Defendant. | Case No. 3:21-cv-00008-HRH |

## PLAINTIFF'S MOTION FOR
## ENTRY OF CONFIDENTIALITY ORDER

COMES NOW Plaintiff Raymond C. Givens, by his undersigned counsel, and moves, pursuant to Local Rule 7.1, that the Court enter a confidentiality order in this case. The basis for this motion is that many of the documents in Plaintiff's possession that are relevant to the issues in this case are proprietary oil company documents, confidential amended leases, confidential settlement agreements, confidential information about other persons, and confidential court orders in other cases. Further,

PLAINTIFF'S MOTION FOR ENTRY OF CONFIDENTIALITY ORDER
*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska, Case No. 3:21-cv-00008-HRH　　　　Page 1 of 2

Case 3:21-cv-00008-HRH   Document 28   Filed 06/04/21   Page 1 of 2

Plaintiff and Defendant were unable to agree to the terms of a confidentiality agreement, requiring Plaintiff to file this motion.

A proposed confidentiality order is filed herewith.

Dated this 4th day of June, 2021, at Anchorage, Alaska.

> WINNER & ASSOCIATES, P.C.
> Attorneys for Plaintiff Raymond C. Givens
>
> By:   /s/ Russell L. Winner
>          Russell L. Winner
>          Alaska Bar No. 4811179

**Certificate of Service**
I hereby certify that on June 4, 2021,
a copy of the foregoing document was served electronically
through the ECF system as indicated on the Notice of Electronic Filing.

By:   /s/ Carrie Sisson
         Carrie Sisson

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

PLAINTIFF'S MOTION FOR ENTRY OF CONFIDENTIALITY ORDER
*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska, Case No. 3:21-cv-00008-HRH            Page 2 of 2

Case 3:21-cv-00008-HRH   Document 28   Filed 06/04/21   Page 2 of 2