OENGAL TRAVEL 2011

| Mediation (Fairbanks, AK) | Amount |
|---|---|
| June 22-24, 2011 | |
| Airfare | $2,797.58 |
| Transport to and from airport | $150.00 |
| Rental car | $308.81 |
| Hotel | $773.28 |
| Conference room/lunch | $272.50 |
| Total | $4,302.17 |
| Client Meeting (Fairbanks, AK) | |
| August 4-5, 2011 | |
| Airfare | $2,551.60 |
| Hotel | $656.00 |
| Rental car | $193.76 |
| Conference room/lunch | $272.50 |
| Total | $3,673.86 |
| TOTAL | $7,976.03 |

*Mediation June 2011*

**Laurel Spaeth**

From: Alaska Airlines/Horizon Air [Alaska.IT@alaskaair.com]
Sent: Monday, June 13, 2011 1:30 PM
To: LAUREL@GIVENSLAW.COM
Subject: Confirmation Letter - MCNUOY 06/22/11 - from Alaska Airlines/Horizon Air

If you have trouble viewing this message, click here to request a plain text-only version of this email.

*Alaska Airlines / Horizon Air*

LS & JG

HOME
PLAN & BOOK
DEALS
TRAVEL INFO
GIFTS & PRODUCTS
MILEAGE PLAN

## Confirmation Code: MCNUOY

Below is your booking confirmation. Thank you and enjoy your trip.
**Need to change your flight?** Visit us in advance, online or through reservations.

| Flight | Departs | Arrives | Class | Traveler(s) | Seat(s) |
|---|---|---|---|---|---|
| Alaska Airlines AS81 Boeing 737-900 | Seattle, WA (SEA) Wed, Jun 22 6:00 am | Anchorage (ANC) Wed, Jun 22 8:36 am | Y (Coach) | Laurel Spaeth Jeanne Givens | 8C 8D |
| Alaska Airlines AS183 Boeing 737-400 | Anchorage (ANC) Wed, Jun 22 10:00 am | Fairbanks (FAI) Wed, Jun 22 10:59 am | Y (Coach) | Laurel Spaeth Jeanne Givens | 8E 8D |
| Alaska Airlines AS122 Boeing 737-700 | Fairbanks (FAI) Fri, Jun 24 5:25 pm | Seattle, WA (SEA) Fri, Jun 24 9:59 pm | Y (Coach) | Laurel Spaeth Jeanne Givens | 7D 8C |

### Summary of Airfare Charges

Laurel Spaeth
Ticket 027-2170125662
  Base Fare and Surcharges $1,218.50
  Taxes and Other Fees $66.50
                    per person total: $1,285.00

Jeanne Givens
Ticket 027-2170125663
  Base Fare and Surcharges $99.00
  Taxes and Other Fees $48.58
                    per person total: $147.58

**Total Fare** USD $1,432.58

### Total Charges and Credits

$1,432.58 was charged to Visa ************0152 held by Raymond C Givens on 06/13/2011

### Hotels & Cars

**LOW PRICE GUARANTEE** Provided by Orbitz

**Need a Hotel?** Use our hotel deal finder to book a hotel in Fairbanks.

**Need a Ride?** Use our car deal finder to rent a car in Fairbanks.

**Get the Signature Card**

Apply now for the Alaska Airlines Visa Signature ® card and earn 25,000 Bonus Miles upon approval. §

Checkout: Your Confirmed Reservation - Alaska Airlines                                      Page 1 of 2

**Confirmation Code**
**C S L T A P**

*Alaska Airlines*

RCG

## Traveler Information

| Traveler | Seats * | Additional Service Requested | Required Traveler Documentation |
|---|---|---|---|
| Name: Raymond Givens<br>MP#: Alaska 6046224 - MVP<br>E-Ticket: 0272169163960 | 4C, 3D, 2C | Request Services (Wheelchair, etc) | Complete |

* Air Carrier Access Act requires us to make certain seats available to customers with disabilities. If you are assigned one of these seats and a qualified person requests it, you will be reaccommodated at the airport in another seat.

## Flights

Flight Confirmation Code: CSLTAP

| Flight | Departs | Arrives | Total Price for 1 Traveler |
|---|---|---|---|
| Alaska Airlines 81<br>First U \| Nonstop \| Details | Seattle, WA (SEA)<br>6:00 am Wed, Jun 22 | Anchorage (ANC)<br>8:36 am Wed, Jun 22 | $1,285.00 including taxes & fees |
| Alaska Airlines 183<br>First U \| Nonstop \| Details | Anchorage (ANC)<br>10:00 am Wed, Jun 22 | Fairbanks (FAI)<br>10:59 am Wed, Jun 22 | |

Total: 1,704 mi | 5 h 59 m

| | | | |
|---|---|---|---|
| Alaska Airlines 122<br>First U \| Nonstop \| Details | Fairbanks (FAI)<br>5:25 pm Fri, Jun 24 | Seattle, WA (SEA)<br>9:59 pm Fri, Jun 24 | |

Total: 1,528 mi | 3 h 34 m

U Confirmed MVP or Mileage upgrade.

Need a hotel or car? Enjoy One Stop Shopping at alaskaair.com

Amount Charged   $1,285.00 USD
Currency Converter

## PRICE SUMMARY

**Flight**
The VISA ending with *****5549 has been charged a total of USD $1,285.00. For additional assistance with your reservation call Alaska Airlines Reservations at 1-800-ALASKAAIR (1-800-252-7522) or Horizon Air Reservations at 1-800-547-9308.

| | Fare | Taxes & Fees | Charge(s) |
|---|---|---|---|
| Airfare for Raymond Givens | $1,254.40 | $30.60 | $1,285.00 |
| | | Amount Charged: | $1,285.00 |

## TRAVEL REMINDERS

**Carry-on Baggage** For Alaska Airlines and Horizon Air flights each passenger is limited to one carry-on bag, that measures up to 10 x 17 x 24 inches (25 x 43 x 61 cm), plus one personal item like a purse, laptop, or small backpack. View our Carry-on Baggage Policy.

**Checked Baggage** In addition to the carry-on baggage restrictions outlined above, passengers traveling on Alaska Airlines or Horizon Air will be charged $20 each for the first three checked bags. For faster service, use your debit or credit card when checking in online or at an airport kiosk. See our Checked Baggage Policy for details and exceptions.

**Domestic Travel** The U.S. Department of Homeland Security requires commercial airlines to collect Secure Flight information (full name, gender, birth date) from travelers and transmit this information to the Transportation Security Administration for watch list matching purposes. Secure Flight information is required for all flights.

**Check-In** Use your confirmation code at Web Check-In or Mobile Check-In at alaskaair.com or any Check-In Kiosk. Check bags at a ticket counter Check-In Kiosk. Then go directly to the gate with your government-issued photo I.D.

**For On-Time Departures**
- Arrive at airport 2 hours prior to scheduled departure
- Check in and be available to board at the designated boarding gate at least 40 minutes prior to scheduled departure if checking bags on Alaska Airlines, and 30 minutes prior on Horizon Air. If not checking bags, you must be available for boarding at the designated boarding gate 30 minutes prior to departure on all flights. Failure may result in reservation cancellation.

**Getting Around the Airport** Select an airport listed below to find your way around.
- Seattle, WA
- Anchorage
- Fairbanks

**Security** Your security is extremely important to Alaska Airlines and Horizon Air.
- Never accept items from strangers to carry with you.
- Keep your luggage with you at all times to prevent tampering.
- Notify an airline representative if your bags have been out of your immediate control or if anyone gives you something to take on your flight



For 24 Hour Customer Service Call 1-800-225-5935

WELLS FARGO® BUSINESS CARD

VISA

Prepared For: LAUREL SPAETH
Account Number: [redacted]
Statement Closing Date: 07/01/11

Send Inquiries To
WF BUSINESS DIRECT P.O. BOX 348750 SACRAMENTO CA 95834

Airfare

BEFORE THIS DATE

Transactions

| Trans | Post | Reference Number | Description | Credits | Charges |
|---|---|---|---|---|---|
| 05 05 | 06 06 | 24445T1AY2A3ZDF24 | [redacted] | | [redacted] |
| 06 19 | 06 19 | 74856205A26RZXAPP | [redacted] | [redacted] | |
| 06 22 | 06 22 | 24492805EEVS64ZS0 | ALASKA AIR 0272170580865 SEATTLE WA  Air fees<br>06/22/11  SPAETH/LAUREL<br>1 AS Y  SEATTLE  ANCHORAGE | | 20.00 |
| 06 22 | 06 22 | 24492805EEVS64ZS8 | ALASKA AIR 0272170580866 SEATTLE WA<br>06/22/11  GIVENS JEANNE<br>1 AS Y  SEATTLE  ANCHORAGE | | 20.00 |
| 06 23 | 06 23 | 24610435F63RY6MN1 | SPRINGHILL SUITES FAIRBAN FAIRBANKS AK | | 272.56 |
| 06 24 | 06 24 | 24492805JEVS5582F | ALASKA AIR 0272170748681 SEATTLE WA<br>06/24/11  SPAETH LAUREL<br>1 AS Y  FAIRBANKS  SEATTLE | | 20.00 |
| 06 24 | 06 24 | 24492805JEVS5582F | ALASKA AIR 0272170748682 SEATTLE WA<br>06/24/11  GIVENS JEANNE<br>1 AS Y  FAIRBANKS  SEATTLE | | 20.00 |
| 06 24 | 06 24 | 24610435403RGVX85 | SPRINGHILL SUITES FAIRBAN FAIRBANKS AK | | 355.64 |

Wells Fargo Business Online
Get free secure access to your accounts anytime, anywhere you have Internet access. Check balances, monitor activity, transfer funds, view statements, sign up for email alerts and much more. Enroll today at wellsfargo.com/biz or call 1-800-956-4442

See reverse side for important information



Case 3:21-cv-00008-HRH   Document 32-2   Filed 06/22/21   Page 4 of 9

EXHIBIT A
Page 4 of 9



**SpringHill Suites by Marriott**
Fairbanks

575 1st Ave
Fairbanks Ak 99701
t(907) 451 6552

Givens Law

1309 114th Ave Se Ste211

Bellevue WA 98004

Givens Law

Room: FNC

Room Type: HSE

Number of Guests: 0

Rate: $0.00     Clerk: CFH

Arrive: 22Jun11   Time: 05:35AM   Depart: 23Jun11   Time: 11:51PM   Folio Number: F0712

| Date | Description | Charges | Credits |
| --- | --- | --- | --- |
| 22Jun11 | Meeting Room D | 100.00 | |
| 22Jun11 | Catering Service | 150.00 | |
| 22Jun11 | Banquet Gratuity | 22.50 | |
| 23Jun11 | Visa | | 272.50 |
| | Card #: VIXXXXXXXXXXXX5389/XXXX | | |
| | Amount: 272.50  Auth: 024037  Signature on File | | |
| | This card was electronically swiped on 22Jun11 | | |

Balance:   0.00

As a Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

Thank You For Staying With Fairbanks Springhill Suites By Marriott!!

Want your final hotel bill by email? Just ask the Front Desk! See "Internet Privacy Statement" on Marriott.com.



SpringHill Suites by Marriott  
Fairbanks

575 1st Ave  
Fairbanks Ak 99701  
t(907) 451 6552

Raymond/Jeanne Givens  
1309 114 Ave Se Ste 211  
Bellevue WA 98004  
Givens Law

Room: 219  
Room Type: KSTE  
Number of Guests: 1  
Rate: $179.00    Clerk: INL

Arrive: 22Jun11   Time: 03:22PM    Depart: 24Jun11   Time: 10:04AM    Folio Number: 93344

| Date | Description | Charges | Credits |
|---|---|---|---|
| 22Jun11 | Room Charge | 179.00 | |
| 22Jun11 | Bed Tax | 14.32 | |
| 23Jun11 | Room Charge | 179.00 | |
| 23Jun11 | Bed Tax | 14.32 | |
| 24Jun11 | Visa | | 386.64 |
| | Card #: VIXXXXXXXXXXXX5549/XXXX | | |
| | Amount: 386.64 Auth: 022238 Signature on File | | |
| | This card was electronically swiped on 22Jun11 | | |

Balance:    0.00

Rewards Account # XXXXX8203. Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Thank You For Staying With Fairbanks Springhill Suites By Marriott!!

As requested, a final copy of your bill will be emailed to you at: LAUREL@GIVENSLAW.COM. See "Internet Privacy Statement" on Marriott.com.

EXHIBIT A

# SPRINGHILL SUITES®
## Marriott.

SpringHill Suites by Marriott
Fairbanks

575 1st Ave
Fairbanks Ak 99701
t(907) 451 6552

Raymond Givens
1309 114 Ave Se Ste 211
Bellevue WA 98004
Givens Law

Room: 225   LS Room
Room Type: DDST
Number of Guests: 1
Rate: $179.00    Clerk: INL

Arrive: 22Jun11   Time: 12:15PM   Depart: 24Jun11   Time: 10:04AM   Folio Number: 93421

| Date | Description | Charges | Credits |
|---|---|---|---|
| 22Jun11 | Room Charge | 179.00 | |
| 22Jun11 | Bed Tax | 14.32 | |
| 23Jun11 | Room Charge | 179.00 | |
| 23Jun11 | Bed Tax | 14.32 | |
| 24Jun11 | Visa | | 386.64 |
| | Card #: VIXXXXXXXXXXXX5389/XXXX | | |
| | Amount: 386.64 Auth: 022132 Signature on File | | |
| | This card was electronically swiped on 22Jun11 | | |

Balance:   0.00

Rewards Account # XXXXX8203. Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Thank You For Staying With Fairbanks Springhill Suites By Marriott!!

As requested, a final copy of your bill will be emailed to you at: LAUREL@GIVENSLAW.COM. See "Internet Privacy Statement" on Marriott.com.

**Receipt 1:**

AW Seattle Towncar Service

5389

DATE: 6/...11
2592585

OENGA - from Airport

AMOUNT: 75.00
TOTAL: 75.00

Purchaser sign: [signature]

**Receipt 2:**

AW Seattle Towncar

5894481

OENGA - to Airport

DATE: 06/21/11

SUB TOTAL: [illegible]

Purchaser sign: [signature]

