

# Givens Law Firm

4935 116th Place SE
Bellevue, WA 98006
phone 425.641.5949
fax 425.614.0158
raygivens@givenslaw.com
www.givenslaw.com

**Privileged Attorney/Client
Confidential Communication**

TO: Oenga Heirs

FROM: Raymond C. Givens

DATE: May 17, 2012

RE: May 24, 2012 Signing Settlement Documents

**Purpose of Memo** - The purpose of this memo is to inform the family of various developments in the settlement process and provide details of the upcoming meeting to sign the settlement papers on Thursday, May 24, 2012 in Fairbanks.

**Meeting** – We will meet next Thursday in Fairbanks to sign the various settlement documents and other papers to finalize settlement. The details are:





EXHIBIT C
Page 2 of 3



I hope this update helps. If you have any questions, please call.