
# GIVENS LAW FIRM

4935 116th Place SE
Bellevue, WA 98006
phone 425.641.5949
fax 425.614.0158
raygivens@givenslaw.com
www.givenslaw.com

August 1, 2011

United States Department of the Interior
Office of Hearings and Appeals
Probate Hearings Division
1011 Indian School Rd., NW Office 322
Albuquerque, NM 87104

Re: In the Matter of the Estate of Leroy Oenga Sr.
    Probate P000102729IP

Dear Judge Yellowtail,

Enclosed is a claim for Raymond C. Givens of the Givens Law Firm. The following documents are attached:

1) Claim for Payment of Costs & Fees from Trust Estate
2) Givens Memorandum Supporting Claim for Costs & Fees
3) Affidavit of Raymond C. Givens
4) Affidavit of Laurel Spaeth
5) Affidavit of Wallace Oenga
6) Affidavit of Leroy Oenga Jr.
7) Affidavit of Bernice Solomon

Sincerely,

Raymond Givens by L. Spaeth
Raymond C. Givens

Enc.
cc: Leroy Oenga Jr.
    Bernice Solomon
    Alaska Region BIA Probates & Estate Services
    BIA LTRO Alaska
    Inupiat Community of the Artic Slope

## Certificate of Service

I hereby certify that on the 1st day of August, 2012 I caused the foregoing CLAIM FOR PAYMENT OF COSTS & FEES FROM TRUST ESTATE; GIVENS MEMORANDUM SUPPORTING CLAIM FOR COSTS & FEES; AFFIDAVIT OF RAYMOND C. GIVENS; AFFIDAVIT OF LAUREL SPAETH; AFFIDAVIT OF WALLACE OEGNA; AFFIDAVIT OF LEROY OEGNA, JR.; and AFFIDAVIT OF BERNICE SOLOMON to be served by Express Mail, postage prepaid to the United States Department of the Interior, Office Of Hearings and Appeals, Probate Hearings Division, 1011 Indian School Rd., NW, Office 322, Albuquerque, NM 87104.

A copy was sent by Express Mail, postage prepaid to:

Leroy Lee Oenga Jr.
P.O. Box 201
Barrow, AK 99723

Bernice Ann Solomon
P.O. Box 851
Barrow, AK 99723

An electronic copy (CD-R disc) was sent by Express Mail postage prepaid to:

Alaska Region BIA Probates
& Estate Services
3601 C Street, Suite 1100
Anchorage, AK 99503

BIA LTRO Alaska
3601 C Street, Suite 1100
Anchorage, AK 99503-5947

Inupiat Community of the Arctic Slope
Realty Department
P.O. Box 934
Barrow, AK 99723

*Laurel Spaeth*
Laurel Spaeth
Paralegal to Raymond C. Givens