UNITED STATES DEPARTMENT OF THE INTERIOR
OFFICE OF HEARINGS AND APPEALS
P0ROBATE HEARINGS DIVISION
1011 Indian School Rd., NW, Office 322
Albuquerque, NM 87104
(505) 563-5330
(505) 563-5341 (Fax)

| | |
|---|---|
| In the Matter of the Estate of ) | Docket No. P000102729IP |
| ) | |
| Leroy Oenga Sr. ) | |
| ) | Certificate of Service |
| Deceased Alaska Native ) | |
| Identification No.: 985U000206 ) | |
| ) | |

I hereby certify that on the 20 day of August, 2012 I caused the

1. GIVENS MOTION TO RESTRICT DISCLOSURE OF CERTAIN DOCUMENTS,

2. GIVENS SUPPLEMENTAL AFFIDAVIT-CLAIM FOR COSTS & FEES INCLUDING

    a. CCD#17 AND

    b. CCD#18, AND

3. GIVENS SUPPLEMENTAL MEMORANDUM-CLAIM FOR COSTS & FEES, AND

4. THIS CERTIFICATE

to be served by Express Mail, postage prepaid to the United States Department of the Interior, Office Of Hearings and Appeals, Probate Hearings Division, 1011 Indian School Rd., NW, Office 322, Albuquerque, NM 87104.

A copy was sent by U.S. Mail, postage prepaid to:

Bernice Solomon
P.O. Box 851
Barrow, AK 99723

Alaska Region BIA Probate & Estate Services
3601 C Street, Suite 1100
Anchorage, AK 99503

Certificate of Service                                                                 1

BIA LTRO Alaska  
3601 C Street, Suite 1100  
Anchorage, AK 99503-5947

Inupiat Community of the Arctic Slope  
Realty Dept., P.O Box 934  
Barrow, AK 99723

I further hereby certify that on the 20 day of August, 2012, I caused the

1. GIVENS MOTION TO RESTRICT DISCLOSURE OF CERTAIN DOCUMENTS;

2. GIVENS SUPPLEMENTAL AFFIDAVIT-CLAIM FOR COSTS & FEES INCLUDING

    a. CCD#17 AND

    b. CCD#18; AND

3. GIVENS SUPPLEMENTAL MEMORANDUM-CLAIM FOR COSTS & FEES, AND

4. THIS CERTIFICATE

along with the previous filings made on August 1 and August 4, 2012 to include

5. CLAIM FOR PAYMENT OF COSTS & FEES FROM TRUST ESTATE;

6. GIVENS MEMORANDUM SUPPORTING CLAIM FOR COSTS & FEES;

7. AFFIDAVIT OF RAYMOND C. GIVENS;

8. AFFIDAVIT OF LAUREL SPAETH;

9. AFFIDAVIT OF WALLACE OEGNA;

10. AFFIDAVIT OF LEROY OEGNA, JR.; and

11. AFFIDAVIT OF BERNICE SOLOMON and

12. NOTICE OF FILING AFFIDAVIT OF SCHNEIDER RE: ATTORNEY FEES including

    a. AFFIDAVIT OF MICHAEL J. SCHNEIDER

to be served upon the parties named below by U.S. Mail, postage prepaid:

Certificate of Service 2

Leroy Oenga Jr., through his Attorney
Richard W. Hompesch II
Hompesch & Evans P.C.
119 N. Cushman Street, Suite 400
Fairbanks, AK 99701

Emma Freida Kinneeveauk
P.O. Box 235
Point Hope, AK 99766

Brian Lee Oenga
P.O. Box 2242
Barrow, AK 99723

Roshaun Tuzroyluke
c/o Minnie Nashookpuk
P.O. Box 5005
Kivalina, AK 99750

Shaun Tuzroyluke
P.O. Box 1697
Barrow, AK 99723

Jasmine Tooyak
c/o Max Tooyak
P.O. Box 168
Point Hope, AK 99766

Denzel Tooyak
c/o Max Tooyak
P.O. Box 168
Point, Hope, AK 99766

Forrest Daniel Solomon
P.O. Box 851
Barrow, AK 99723

Rochelle Tooyak
c/o Max Tooyak
P.O. Box 168
Point Hope, AK 99766

Evans I. Sheldon II
c/o Evans Sheldon
2409 McRae #7
Anchorage, AK 99517

Marcus Sheldon
c/o Evans Sheldon
2409 McRae #7
Anchorage, AK 99517

Roger L. Hudson, Esq.
Office of the Solicitor, Alaska Region
U.S. Department of Interior
4230 University Drive, Suite 300
Anchorage, AK 99508

Glenda Miller
Office of Special Trustee
U.S. Department of Interior
3601 C Street, Suite 216
Anchorage, AK 99503

Wallace Oenga, Personal Representative of
the Estate of Leroy Oenga Sr. thru his attorney
Jerald M. Reichlin
310 K Street, Suite 200
Anchorage, AK 99501

Dated this 20 day of August, 2012.

Respectfully Submitted,

Raymond C. Givens

Certificate of Service 4

Case 3:21-cv-00008-HRH    Document 37-2    Filed 06/30/21    Page 4 of 4
Exhibit 2
Page 4 of 4