CONFIDENTIAL

## ETHICS INQUIRIES
### Alaska Bar Association

DATE: April 11, 2006        FILE 151.01    S.J. Van Goor (____)

NAME.        Ray Givens

INQUIRY.    4/11/2006 2:51 PM  Coure De Lane  name from Julia Crossland.  30 years.  Most of my work in the last 15 years has been dealing with Indian tribes.  Cl in AK contacted me and asked me to do work. Admitted in ID and WA, not in AK.  Don't want to get cross wise with the practice of law there.  Taking on a couple of companies that seem to have a fair amt of influence, names oil companies.  What you view as the practice of law that requires admission or local counsel.  Dispute is a lease dispute.  Oil production facility built on my cl's allotment.  Trespass issue.  oil and gas conservation commission that would require documents being filed.  At this juncture not litigation, have to get local counsel if go to litigation.  4/11/2006 2:58 PM

RESPONSE.    advised under BR 63 as long as he didn't represent himself by words or conduct to be a member of the AK Bar Association he could represent client, appear before commission, etc.  He knew he would have to associate with local counsel if went to litigation.