Rachel B. Lauesen, ABA No. 0905016
Lauesen Law Team, LLC
521 W. 41st Avenue, Suite 102
Anchorage, Alaska 99503
Telephone: (907) 206-2030
Facsimile: (907) 206-2040
Email: rachel@lauesenlaw.com
Attorneys for Defendant Leroy Oenga, Jr.

| | |
|---|---|
| RAYMOND C. GIVENS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| LEROY OENGA, JR. ) | |
| ) | |
| Defendant. ) | |
| ) | Case No. 3:21-cv-00008-HRH |

## NOTICE OF FILING OPINION OF BAR COUNSEL IN ACCORDANCE WITH DOC. 45, FOOTNOTE 3.

COMES NOW Defendant Leroy Oenga, Jr., and hereby notifies the Court that he is filing the signed, Opinion of Bar Counsel received on August 16, 2021, in accordance with the Court's Order at Docket 45, FN 3.

DATED this 16th day of August, 2021 at Anchorage, Alaska.

                                                  LAUESEN LAW TEAM, LLC
                             Attorneys for Defendant Leroy Oenga, Jr.

                             By:    s/ Rachel B. Lauesen
                                 Rachel B. Lauesen, ABA No. 0905016

*Givens v. Oenga, Jr.*, Case No. 3:21-cv-00008-HRH
Notice of Filing Opinion of Bar Counsel
Page 1 of 2

CERTIFICATE OF SERVICE
The undersigned hereby certifies that on
16th day of August, 2021 a true and correct
copy of the foregoing document was served via
CM/ECF to the following recipients:

Russell Winner, Esq.
rwinner@winnerlaw.com


By: s/ Rachel B. Lauesen
      Rachel B. Lauesen

*Givens v. Oenga, Jr.*, Case No. 3:21-cv-00008-HRH
Notice of Filing Opinion of Bar Counsel
Page 2 of 2