Russell L. Winner
Alaska Bar Association No. 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Facsimile: (907) 277-4510
Email: rwinner@winnerlaw.com
Attorneys for Plaintiff Raymond C. Givens

Rachel B. Lauesen
Alaska Bar Association No. 0905016
Lauesen Law Team, LLC
521 W. 41st Avenue, Suite 102
Anchorage, Alaska 99503
Telephone: (907) 206-2030
Facsimile: (907) 206-2040
Email: rachel@lauesenlaw.com
Attorneys for Defendant Leroy Oenga, Jr.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS, <br><br> Plaintiff, <br><br> v. <br><br> LEROY OENGA, JR. <br><br> Defendant. | Case No. 3:21-cv-00008-HRH |

**JOINT MOTION TO PLACE EXHIBITS UNDER SEAL**

COME NOW Plaintiff Raymond C. Givens and Defendant Leroy Oenga, Jr., by their undersigned attorneys, and jointly move that the Court place under seal the exhibits

JOINT MOTION TO PLACE EXHIBITS UNDER SEAL
*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska, Case No. 3:21-cv-00008-HRH     Page 1 of 3

Case 3:21-cv-00008-HRH   Document 58   Filed 01/06/22   Page 1 of 3

appearing at Docket No. 56-1 and Docket No. 56-2 that were recently filed by Plaintiff with this Court. The exhibits consist of a pleading filed by Plaintiff and ruling entered by Bar Counsel in the fee arbitration before the Alaska Bar Association. The instant motion to seal is filed with the Court to avoid any concerns regarding the possible confidentiality of certain information appearing in those documents, under Alaska Bar Rule 40(r).

The Court has the authority to grant this motion. *See Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978) ("Every court has supervisory over its own records and files"); *Brennan v. Opus Bank*, 796 F.3d 1125, 1134 (9th Cir. 2015) ("A district court may seal its records pursuant to its inherent supervisory power over such documents."); *Hagestad v. Tragesser*, 49 F.3d 1430, 1433-34 (9th Cir. 1995) (a trial court has supervisory power over its own records and files to place previously filed exhibits under seal).

A proposed order accompanies this motion.

/

/

/

/

JOINT MOTION TO PLACE EXHIBITS UNDER SEAL
*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska, Case No. 3:21-cv-00008-HRH        Page 2 of 3

Case 3:21-cv-00008-HRH   Document 58   Filed 01/06/22   Page 2 of 3

Dated this 6th day of January, 2022, at Anchorage, Alaska.

> WINNER & ASSOCIATES, P.C.
> Attorneys for Plaintiff Raymond C. Givens
>
> By:   /s/ Russell L. Winner
>         Russell L. Winner
>         Alaska Bar No. 4811179
>
> LAUESEN LAW TEAM, LLC
> Attorneys for Defendant Leroy Oenga, Jr.
>
> By:   /s/ Rachel B. Lauesen
>         Rachel B. Lauesen
>         Alaska Bar No. 0905016

**Certificate of Service**
I hereby certify that on January 6, 2022,
a copy of the foregoing document was served electronically
through the ECF system as indicated on the Notice of Electronic Filing.

By:   /s/ Carrie Sisson
        Carrie Sisson

JOINT MOTION TO PLACE EXHIBITS UNDER SEAL
*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska, Case No. 3:21-cv-00008-HRH   Page 3 of 3

Case 3:21-cv-00008-HRH   Document 58   Filed 01/06/22   Page 3 of 3