Russell L. Winner
Alaska Bar Association No. 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Facsimile: (907) 277-4510
Email: rwinner@winnerlaw.com
Attorneys for Plaintiff Raymond C. Givens

Rachel B. Lauesen
Alaska Bar Association No. 0905016
Lauesen Law Team, LLC
521 W. 41st Avenue, Suite 102
Anchorage, Alaska 99503
Telephone: (907) 206-2030
Facsimile: (907) 206-2040
Email: rachel@lauesenlaw.com
Attorneys for Defendant Leroy Oenga, Jr.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>      Plaintiff,<br><br>  v.<br><br>LEROY OENGA, JR.<br><br>      Defendant. | Case No. 3:21-cv-00008-HRH |

**[PROPOSED] ORDER GRANTING JOINT MOTION
TO PLACE EXHIBITS UNDER SEAL**

[PROPOSED] ORDER GRANTING JOINT MOTION
TO PLACE EXHIBITS UNDER SEAL
*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska, Case No. 3:21-cv-00008-HRH    Page 1 of 2

Case 3:21-cv-00008-HRH   Document 58-1   Filed 01/06/22   Page 1 of 2

Plaintiff Raymond C. Givens and Defendant Leroy Oenga, Jr., having filed a joint motion that the Court place under seal the exhibits filed by Plaintiff at Docket No. 56-1 and Docket No. 56-2; and the Court being fully informed in the matter,

IT IS HEREBY ORDERED that the motion is GRANTED.

Dated at Anchorage, Alaska, this this _____ day of January, 2022.

/s/ H. Russel Holland
United States District Judge

**Certificate of Service**
I hereby certify that on January 6, 2022,
a copy of the foregoing document was served electronically
through the ECF system as indicated on the Notice of Electronic Filing.

By: ____/s/ Carrie Sisson_____
       Carrie Sisson

[PROPOSED] ORDER GRANTING JOINT MOTION
TO PLACE EXHIBITS UNDER SEAL
*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska, Case No. 3:21-cv-00008-HRH    Page 2 of 2

Case 3:21-cv-00008-HRH   Document 58-1   Filed 01/06/22   Page 2 of 2