IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RAYMOND C. GIVENS v. LEROY OENGA, JR.

JUDGE H. RUSSEL HOLLAND           CASE NO.     3:21-cv-0008-HRH

PROCEEDINGS:   ORDER FROM CHAMBERS

The parties' *Joint Motion to Place Exhibits under Seal*,[1] filed January 6, 2022, is granted. The clerk of court will please seal the exhibits filed by plaintiff on December 17, 2021, at Docket No. 56-1 and Docket No. 56-2.

---

[1] Docket No. 58.

Order from Chambers – Joint Motion to Seal Documents                                                        - 1 -