IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RAYMOND C. GIVENS v. LEROY OENGA, JR.

JUDGE H. RUSSEL HOLLAND   CASE NO.   3:21-cv-0008-HRH

PROCEEDINGS:   Order from Chambers

By order of September 30, 2021,[1] the court granted a motion for stay of proceedings pending resolution of defendant's petition for arbitration filed with the Alaska Bar Association. It has now been in excess of six months since proceedings in this case were stayed.

Counsel will please confer and, on or before **May 18, 2022**, provide the court with a status report regarding proceedings before the Alaska Bar Association.

---

[1] Docket No. 55.

Order from Chambers – Status of Arbitration — - 1 -