Russell L. Winner, ABA No. 7811149
Winner & Associates, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: (907) 277-9522
Facsimile:  (907) 277-4510
Email: rwinner@winnerlaw.com
Attorneys for Plaintiff Raymond C. Givens

Rachel B. Lauesen, ABA No. 0905016
Lauesen Law Team, LLC
521 W. 41st Avenue, Suite 102
Anchorage, Alaska 99503
Telephone: (907) 206-2030
Facsimile: (907) 206-2040
Email:  rachel@lauesenlaw.com
Attorneys for Defendant Leroy Oenga, Jr.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>　　　Plaintiff<br><br>　　v.<br><br>LEROY OENGA, JR.<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:21-cv-00008-HRH |

**JOINT STATUS REPORT**

COMES NOW Plaintiff RAYMOND C. GIVENS, by and through counsel Russell Winner, and Defendant LEROY OENGA, JR., by and through counsel Rachel

*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska, Case No. 3:21-cv-00008-HRH　　　　　Page 1 of 4

Case 3:21-cv-00008-HRH   Document 63   Filed 05/18/22   Page 1 of 4

Lauesen, and pursuant to the Court's Order entered May 3, 2022,[1] requesting a status report from the parties regarding the arbitration of this matter before the Alaska Bar Association, respond as follows[2]:

(1) On December 2, 2021, the Executive Committee of the Alaska Bar Association entered an order declaring this matter complex, under Alaska Bar Rule 34(h).

(2) On January 3, 2022, Bar Counsel informed the parties that the Bar Association would appoint an arbitration panel after this Court ruled on Givens' Motion to Lift Stay.[3]

(3) On January 31, 2022, Oenga filed an Amended Petition with the Bar Association.

(4) On February 4, 2022, a three-member fee arbitration panel was appointed by the Bar Association.

---

[1] Docket No. 62.

[2] Givens proposed to provide more detail to the Court regarding the documents filed by the parties with, and the rulings entered by, the Alaska Bar Association. Oenga objected to doing so, on the grounds that it would violate the confidentiality provisions of Alaska Bar Rule 40(r) and would be argumentative. Wanting to avoid a dispute on these matters, Givens has agreed to file this joint report without including more detailed information. If the Court wishes to see copies of the referenced pleadings and rulings, Givens will seek leave of the Court to file them under seal, under Local Rule 7.3(f). Oenga reserves the right to object or respond to any such filings with the Court.

[3] Docket No. 56.

*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska, Case No. 3:21-cv-00008-HRH    Page 2 of 4

Case 3:21-cv-00008-HRH   Document 63   Filed 05/18/22   Page 2 of 4

(5) On February 14, 2022, the composition of the panel was finalized without objection by the parties.

(6) On March 22, 2022, Givens filed his response to Oenga's Amended Petition with the Bar Association.

(7) On March 23, 2022, a Zoom status conference with the three-member panel was held to schedule the arbitration and discuss document-related issues. A three-day arbitration hearing was scheduled to begin on November 14, 2022.

(8) On May 16, 2022, Bar Counsel issued a notice of arbitration hearing, under Alaska Bar Rule 40(f). That notice confirmed the composition of the panel and the above hearing date for the arbitration. The notice also stated in general terms the scope of and procedure for the hearing.

DATED this 18th day of May, 2022, at Anchorage, Alaska.

WINNER & ASSOCIATES, PC
Attorneys for Plaintiff Raymond C. Givens

By: /s/ Russell L. Winner
Russell L. Winner, ABA No. 4811179

LAUESEN LAW TEAM, LLC
Attorneys for Defendant Leroy Oenga, Jr.

By: /s/ Rachel B. Lauesen
Rachel B. Lauesen, ABA No. 0905016

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

*Raymond C. Givens v. Leroy Oenga, Jr.*,
U.S. District Court for the District of Alaska, Case No. 3:21-cv-00008-HRH   Page 3 of 4

Case 3:21-cv-00008-HRH   Document 63   Filed 05/18/22   Page 3 of 4

**Certificate of Service**
I hereby certify that on May 18, 2022,
a copy of the foregoing document was served electronically
through the ECF system as indicated on the Notice of Electronic Filing.

By: /s/ Carrie Sisson
 Carrie Sisson

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska, Case No. 3:21-cv-00008-HRH Page 4 of 4

Case 3:21-cv-00008-HRH   Document 63   Filed 05/18/22   Page 4 of 4