IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RAYMOND C. GIVENS        v.      LEROY OENGA, JR.

JUDGE H. RUSSEL HOLLAND      CASE NO.    3:21-cv-0008-HRH

PROCEEDINGS:    Order from Chambers

Counsel will please confer and, on or before **December 30, 2022**, provide the court with an updated status report regarding fee proceedings before the Alaska Bar Association.

Order from Chambers – Status of Arbitration      - 1 -