Russell L. Winner, ABA No. 7811149
Winner & Associates, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: (907) 277-9522
Facsimile: (907) 277-4510
Email: rwinner@winnerlaw.com
Attorneys for Plaintiff Raymond C. Givens

Rachel B. Lauesen, ABA No. 0905016
Lauesen Law Team, LLC
521 W. 41st Avenue, Suite 102
Anchorage, Alaska 99503
Telephone: (907) 206-2030
Facsimile: (907) 206-2040
Email: rachel@lauesenlaw.com
Attorneys for Defendant Leroy Oenga, Jr.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> LEROY OENGA, JR. ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:21-cv-00008-HRH |

**JOINT STATUS REPORT**

COME NOW Plaintiff RAYMOND C. GIVENS, by and through his attorney

Russell Winner, and Defendant LEROY OENGA, JR., by and through his attorney

Rachel Lauesen, and, pursuant to the Court's Order from Chambers, dated December

*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska, Case No. 3:21-cv-00008-HRH     Page 1 of 2

Case 3:21-cv-00008-HRH   Document 65   Filed 12/30/22   Page 1 of 2

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

19, 2022,[1] requesting an updated status report regarding the fee arbitration of this matter before the Alaska Bar Association, respond as follows: An evidentiary hearing was held at the offices of the Bar Association in Anchorage, Alaska, on November 14-16, 2022, before a three-member panel appointed by the Bar Association. At the request of the panel, the parties presented their closing arguments in memoranda filed on November 30, 2022, and the parties are now awaiting the panel's decision. The parties will advise the Court when that decision is received.

Dated this 30th day of December, 2022, at Anchorage, Alaska.

WINNER & ASSOCIATES, PC
Attorneys for Plaintiff Raymond C. Givens

By: /s/ Russell L. Winner
Russell L. Winner, ABA No. 4811179

LAUESEN LAW TEAM, LLC
Attorneys for Defendant Leroy Oenga, Jr.

By: /s/ Rachel B. Lauesen
Rachel B. Lauesen, ABA No. 0905016

**Certificate of Service**
I hereby certify that on December 30, 2022,
a copy of the foregoing document was served electronically
through the ECF system as indicated on the Notice of Electronic Filing.

By: /s/ Russell L. Winner
Russell L. Winner

---

[1] Docket No. 64.

*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska, Case No. 3:21-cv-00008-HRH   Page 2 of 2