IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RAYMOND C. GIVENS        v.    LEROY OENGA, JR.

JUDGE H. RUSSEL HOLLAND         CASE NO.   3:21-cv-0008-HRH

PROCEEDINGS:   Order from Chambers

    The court has received and approves the parties' joint status report,[1] filed December 30, 2022.

    The court looks forward to the Alaska Bar Association panel's decision in this matter.

---

[1] Docket No. 65.

Order from Chambers – Status Report — - 1 -