RUSSELL L. WINNER, ABA 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Facsimile: (907) 277-4510
Email: rwinner@winnerlaw.com
Attorneys for Plaintiff Raymond C. Givens

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>　　Plaintiff,<br><br> v.<br><br>LEROY OENGA, JR.<br><br>　　Defendant. | Case No. 3:21-cv-00008-HRH |

**PLAINTIFF'S MOTION TO FILE UNDER SEAL THE
DECISION AND ORDER OF THE FEE ARBITRATION PANEL**

COMES NOW Plaintiff Raymond C. Givens, by his undersigned attorney, and moves, pursuant to Local Rule 7.3(f), to file under seal the Decision and Order, dated February 10, 2023, of the fee arbitration panel appointed by the Alaska Bar Association. This motion is supported by the accompanying Declaration of Russell L. Winner, filed under seal, which includes, as an exhibit thereto, a copy of that Decision and Order. A proposed order is filed with this motion.

*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska,
Case No. 3:21-cv-00008-HRH                                                                                      Page 1 of 2

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

DATED: February 15, 2023.

>RUSSELL L. WINNER
>WINNER & ASSOCIATES, P.C.
>Attorneys for Plaintiff Raymond C. Givens
>
>By: */s/ Russell L. Winner*
>         Russell L. Winner
>         Alaska Bar No. 7811179

**Certificate of Service**

I hereby certify that a copy of the foregoing document was served electronically on the attorneys of record through the Court's CM/ECF System.

>*/s/ Russell L. Winner*
> Russell L. Winner

*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska,
Case No. 3:21-cv-00008-HRH       Page 2 of 2

Case 3:21-cv-00008-HRH   Document 67   Filed 02/15/23   Page 2 of 2