IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| RAYMOND C. GIVENS | v. | LEROY OENGA, JR. |
|---|---|---|
| JUDGE H. RUSSEL HOLLAND | | CASE NO. 3:21-cv-0008-HRH |

PROCEEDINGS:   Order from Chambers

Counsel for plaintiff Givens moves[1] to file the *Fee Arbitration Panel Decision and Order*,[2] dated February 10, 2023, under seal. The motion is granted, the *Fee Arbitration Panel Decision and Order* is accepted as filed, and the clerk will please seal the document.

---

[1] Docket No. 67.

[2] Docket No. 67-1.