IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>                  Plaintiff,<br><br>vs.<br><br>LEROY OENGA, JR.,<br><br>                  Defendant. | No. 3:21-cv-0008-HRH |

## O R D E R

### Case Status

The court is in receipt of the February 10, 2023, decision and order of the fee arbitration panel appointed by the Alaska Bar Association.[1]

Counsel will please confer and, on or before **March 17, 2023**, provide the court with an updated status report, advising whether or not there are issues beyond the reasonableness of Givens' attorney fees that must be resolved in this case.

DATED at Anchorage, Alaska, this  24th  day of February, 2023.

                                                  /s/   H. Russel Holland
                                                  United States District Judge

---

[1] Docket No. 67-1 (Sealed).