Rachel B. Lauesen, ABA No. 0905016
Lauesen Law Team, LLC
521 W. 41st Avenue, Suite 102
Anchorage, Alaska 99503
Telephone: (907) 206-2030
Facsimile: (907) 206-2040
Email: rachel@lauesenlaw.com
Attorneys for Defendant Leroy Oenga, Jr.

| | |
|---|---|
| RAYMOND C. GIVENS, ) ) Plaintiff ) ) v. ) ) LEROY OENGA, JR. ) ) Defendant. ) ) | Case No. 3:21-cv-00008-HRH |

**MOTION TO CONTINUE STAY IN FEDERAL COURT TO ALLOW DEFENDANT TO FILE A MOTION TO VACATE THE ALASKA BAR ASSOCIATION'S FEE ARBITRATION PANEL'S DECISION**

On September 30, 2021, proceedings in this Court were "stayed pending resolution of the defendant's petition for arbitration filed with the Alaska Bar Association."[1] Under Alaska Bar Rule 40(t), either party may move to vacate, modify, or correct an award through the State of Alaska superior court under AS 09.43.120-140. Under Alaska Bar Rule 34(d), any attorney that engages in the practice of law in Alaska is subject to the jurisdiction of the Courts of this state, the Board of Governors of the Alaska Bar Association, and the Rules of attorney fee dispute resolution. This Court previously found that Raymond Givens practiced law in the State of Alaska with

---

[1] Order re Motion for Stay of Proceedings at 7, Docket No. 55.

*Givens v. Oenga,* Case No. 3:21-cv-00008-HRH
Mot. to Continue Stay in Federal Court to Allow Motion to Vacate in State Court
Case 3:21-cv-00008-HRH Document 70 Filed 03/06/23 Page 1 of 3

his representation of the Oenga heirs and that Mr. Givens was subject to the jurisdiction of the Fee Arbitration Panel.[2] Under Alaska Bar Rule 34(d), an attorney that engages in the practice of law in this state is subject to the jurisdiction of the courts in this state.

Here, Mr. Oenga desires to exhaust the arbitration process in state court, first by filing a Motion to Vacate the decision of the Panel in the Superior Court for the State of Alaska, under Bar Rule 40(t), for several reasons, but primarily that there was evident partiality by the arbitration panel and that the decision of the Panel violates the holding of the Alaska Supreme Court *Leisnoi, Inc. v. Merdes & Merdes, P.C.*.[3] Under the doctrine of comity, Mr. Givens contends that the State Court should have the opportunity to pass on the decision of the Fee Arbitration Panel before proceedings re-commence in Federal court,[4] due to the State Court's interest in overseeing the regulation of attorneys through the decisions of the Alaska Bar Association.

DATED this 6th day of March, 2023, at Anchorage, Alaska.

LAUESEN LAW TEAM, LLC
Attorneys for Defendant Leroy Oenga, Jr.

By:  s/ Rachel B. Lauesen
Rachel B. Lauesen, ABA No. 0905016

---

[2] Docket No. 42 at p. 7, Docket No. 54 at p. 17.
[3] 307 P.3d 879 (Alaska 2013).
[4] *Levin v. Commerce Energy, Inc.*, 560 U.S. 413, 421-3 (2010).

*Givens v. Oenga,* Case No. 3:21-cv-00008-HRH
Mot. to Continue Stay in Federal Court to Allow Motion to Vacate in State Court  Page 3 of 3

Case 3:21-cv-00008-HRH   Document 70   Filed 03/06/23   Page 2 of 3

CERTIFICATE OF SERVICE
The undersigned hereby certifies that on
6th day of March, 2023 a true and correct
copy of the foregoing document was served via
CM/ECF to the following recipients:

Russell Winner, Esq.
rwinner@winnerlaw.com


By: s/ Rachel B. Lauesen
      Rachel B. Lauesen

*Givens v. Oenga,* Case No. 3:21-cv-00008-HRH
Mot. to Continue Stay in Federal Court to Allow Motion to Vacate in State Court
Case 3:21-cv-00008-HRH   Document 70   Filed 03/06/23   Page 3 of 3