RUSSELL L. WINNER, ABA 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Facsimile: (907) 277-4510
Email: rwinner@winnerlaw.com
Attorneys for Plaintiff Raymond C. Givens

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>    Plaintiff,<br><br>v.<br><br>LEROY OENGA, JR.<br><br>    Defendant. | Case No. 3:21-cv-00008-HRH |

**PLAINTIFF'S STATUS REPORT**

The Court issued an order asking counsel for the parties to confer and file an updated status report by March 17, 2023, advising whether or not, following the Decision and Order of the fee arbitration panel,[1] there are issues beyond the reasonableness of Plaintiff's attorney fees that must be resolved in this case.[2]

---

[1] Docket No. 67-1.

[2] Docket No. 69.

*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska,
Case No. 3:21-cv-00008-HRH      Page 1 of 3

Plaintiff's undersigned counsel then conferred with counsel for Defendant Leroy Oenga, Jr. Based on those communications, undersigned counsel understood that the parties would be filing a joint status report by the Court's deadline. However, Defendant Leroy Oenga, Jr., has not filed a status report; instead, he filed a motion to extend the stay of this action so that he can challenge the panel's Decision and Order in state court, rather than before this Court.[3]

Plaintiff will soon file with the Court the following:

1. Plaintiff's opposition to Defendant's motion to continue the stay. That opposition will argue the following: (a) Defendant can offer no basis for his allegation of "evident partiality" by the panel; (b) *Lesnoi, Inc. v. Merdes & Merdes, P.C.*, 307 P.3d 879 (Alaska 2013) is inapposite; and (c) the doctrine of comity has no application here.

2. Plaintiff's motion to confirm the panel's Decision and Order and to lift the stay. If that motion is granted, Plaintiff anticipates that the remaining issues in this action can be decided by the Court based on motion practice.

DATED: March 6, 2023.

> RUSSELL L. WINNER
> WINNER & ASSOCIATES, P.C.
> Attorneys for Plaintiff Raymond C. Givens
>
> By: */s/ Russell L. Winner*
> Russell L. Winner
> Alaska Bar No. 7811179

---

[3] Docket No. 70.

*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska,
Case No. 3:21-cv-00008-HRH                                                    Page 2 of 3

Case 3:21-cv-00008-HRH   Document 71   Filed 03/06/23   Page 2 of 3

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

## Certificate of Service

I hereby certify that a copy of the foregoing document was served electronically on the attorneys of record through the Court's CM/ECF System.

                */s/ Russell L. Winner*
                Russell L. Winner

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska,
Case No. 3:21-cv-00008-HRH      Page 3 of 3

Case 3:21-cv-00008-HRH   Document 71   Filed 03/06/23   Page 3 of 3