RUSSELL L. WINNER, ABA 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Facsimile: (907) 277-4510
Email: rwinner@winnerlaw.com
Attorneys for Plaintiff Raymond C. Givens

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>      Plaintiff,<br><br>v.<br><br>LEROY OENGA, JR.<br><br>      Defendant. | Case No. 3:21-cv-00008-HRH |

**PLAINTIFF'S MOTION TO LIFT THE STAY
OF THIS ACTION AND CONFIRM THE
ARBITRATION PANEL'S DECISION AND ORDER**

Plaintiff Raymond C. Givens moves that the Court lift its stay of this action[1] and confirm the Decision and Order of the fee arbitration panel of the Alaska Bar Association.[2] This motion is supported by the arguments made in *Plaintiff's Opposition*

---

[1] Docket No. 55.

[2] Docket No. 67-1 (Sealed).

*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska,
Case No. 3:21-cv-00008-HRH                                                                         Page 1 of 2

*to Defendant's Motion to Continue the Stay*, filed herewith, which arguments are incorporated herein by reference.

A proposed order accompanies this motion.

DATED: March 7, 2023.

        RUSSELL L. WINNER
        WINNER & ASSOCIATES, P.C.
        Attorneys for Plaintiff Raymond C. Givens

By: */s/ Russell L. Winner*
     Russell L. Winner
     Alaska Bar No. 7811179

### Certificate of Service

I hereby certify that a copy of the foregoing document was served electronically on the attorneys of record through the Court's CM/ECF System.

        */s/ Russell L. Winner*
        Russell L. Winner

*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska,
Case No. 3:21-cv-00008-HRH     Page 2 of 2

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

Case 3:21-cv-00008-HRH    Document 73    Filed 03/07/23    Page 2 of 2