Rachel B. Lauesen, ABA No. 0905016
Lauesen Law Team, LLC
521 W. 41st Avenue, Suite 102
Anchorage, Alaska 99503
Telephone: (907) 206-2030
Facsimile: (907) 206-2040
Email:  rachel@lauesenlaw.com
Attorneys for Defendant Leroy Oenga, Jr.

RAYMOND C. GIVENS, )
)
    Plaintiff )
)
    v. )
)
LEROY OENGA, JR. )
)
    Defendant. )
_____ )    Case No. 3:21-cv-00008-HRH

## REPLY TO OPPOSITION TO CONTINUE STAY IN FEDERAL COURT TO ALLOW DEFENDANT TO FILE A MOTION TO VACATE THE ALASKA BAR ASSOCIATION'S FEE ARBITRATION PANEL'S DECISION

There is currently a stay of proceedings in Federal Court that has not yet been lifted.  Mr. Oenga, Jr. moved this Honorable Court to Continue the Stay to allow him to complete the fee arbitration process through a motion to vacate the stay filed in State Court pursuant to Alaska Bar Rule 40(t).  In opposition, Mr. Givens urges this Court to lift the stay and make findings confirming the decision of the Alaska Bar Association Fee Arbitration Panel for the purpose of depriving Mr. Oenga of his due process right to move to vacate the Fee Arbitration Panel's decision.

Because of the stay and the nature of Mr. Oegna's motion—to Continue the Stay—Mr. Oenga was under no obligation to present evidence so that this Court could

*Givens v. Oenga,* Case No. 3:21-cv-00008-HRH
Reply to Opp. to Mot. to Continue Stay in Federal Court to Allow Motion to Vacate in State Court
Page 1 of 3

decide whether the Fee Arbitration Panel's decision should be vacated. It is improper for Mr. Givens to assert arguments in Opposition to a Motion that Mr. Oenga has not yet raised and to request this Court to decide Mr. Oenga's motion on the merits.

If this Court determines that the Alaska Superior Court should not have the opportunity to Mr. Oenga's Jr. to present his motion to vacate the fee arbitration panel's decision then this Court should order the Stay lifted and Mr. Oenga should have the opportunity to file his Motion to Vacate before this Court. Under Alaska Bar Rule 40(t), a court may only confirm an award, "unless within ninety days either party seeks through the superior court to vacate, modify or correct the award in accordance with the provisions of AS 09.43.120 through .140 or AS 09.43.500 through .520." Here, Mr. Oenga has already indicated an intention to file a Motion to Vacate, so it would be improper for the Court to confirm the decision where Mr. Oenga has not had the opportunity to present his arguments on the merits and there is currently a stay in effect.

DATED this 9th day of March, 2023, at Anchorage, Alaska.

LAUESEN LAW TEAM, LLC
Attorneys for Defendant Leroy Oenga, Jr.

By:    s/ Rachel B. Lauesen
Rachel B. Lauesen, ABA No. 0905016

*Givens v. Oenga,* Case No. 3:21-cv-00008-HRH
Reply to Opp. to Mot. to Continue Stay in Federal Court to Allow Motion to Vacate in State Court
Page 2 of 3

CERTIFICATE OF SERVICE
The undersigned hereby certifies that on
9th day of March, 2023 a true and correct
copy of the foregoing document was served via
CM/ECF to the following recipients:

Russell Winner, Esq.
rwinner@winnerlaw.com

By: s/ Rachel B. Lauesen
        Rachel B. Lauesen

*Givens v. Oenga,* Case No. 3:21-cv-00008-HRH
Reply to Opp. to Mot. to Continue Stay in Federal Court to Allow Motion to Vacate in State Court
Page 3 of 3

Case 3:21-cv-00008-HRH   Document 74   Filed 03/09/23   Page 3 of 3