Rachel B. Lauesen, ABA No. 0905016  
Lauesen Law Team, LLC  
521 W. 41st Avenue, Suite 102  
Anchorage, Alaska 99503  
Telephone: (907) 206-2030  
Facsimile: (907) 206-2040  
Email: rachel@lauesenlaw.com  
Attorneys for Defendant Leroy Oenga, Jr.

| | |
|---|---|
| RAYMOND C. GIVENS, ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| LEROY OENGA, JR. ) | |
| ) | |
|     Defendant. ) | |
| _____ ) | Case No. 3:21-cv-00008-HRH |

### OPPOSITION TO PLAINTIFF'S MOTION TO LIFT STAY OF THIS ACTION AND CONFIRM THE ARBITRATION PANEL'S DECISION AND ORDER

COMES NOW Defendant Leroy Oenga, Jr., and hereby enters his Opposition to Mr. Givens' Motion to Lift Stay of this Action and Confirm the Arbitration Panel's Decision and Order. This opposition is supported by the arguments made in *Defendants Reply to Opposition to Motion to Continue Stay in Federal Court to Allow Defendant to File a Motion to Vacate the Alaska Bar Association's Fee Arbitration Panel's Decision,* filed herewith, which arguments are incorporated herein by reference.

DATED this 9th day of March, 2023 at Anchorage, Alaska.

*Givens v. Oenga, Jr.*, Case No. 3:21-cv-00008-HRH  
Opp. to Mot. to Lift Stay of This Action and Confirm the Arbitration Panel's Decision and Order  
Page 1 of 2  
Case 3:21-cv-00008-HRH   Document 75   Filed 03/09/23   Page 1 of 2

LAUESEN LAW TEAM, LLC
Attorneys for Defendant Leroy Oenga, Jr.

By:     s/ Rachel B. Lauesen
Rachel B. Lauesen, ABA No. 0905016

CERTIFICATE OF SERVICE
The undersigned hereby certifies that on 9th day of March, 2023 a true and correct copy of the foregoing document was served via CM/ECF to the following recipients:

Russell Winner, Esq.
rwinner@winnerlaw.com

By: s/ Rachel B. Lauesen
         Rachel B. Lauesen

*Givens v. Oenga, Jr.*, Case No. 3:21-cv-00008-HRH
Opp. to Mot. to Lift Stay of This Action and Confirm the Arbitration Panel's Decision and Order
Page 2 of 2

Case 3:21-cv-00008-HRH   Document 75   Filed 03/09/23   Page 2 of 2