RUSSELL L. WINNER, ABA 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Facsimile: (907) 277-4510
Email: rwinner@winnerlaw.com
Attorneys for Plaintiff Raymond C. Givens

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>      Plaintiff,<br><br>v.<br><br>LEROY OENGA, JR.<br><br>      Defendant. | Case No. 3:21-cv-00008-HRH |

**PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION
TO PLAINTIFF'S MOTION TO LIFT THE STAY**

The parties appear to be in general agreement about how to proceed in this action. Plaintiff agrees with Defendant that he has the right to file a motion to vacate the Decision and Order of the fee-arbitration panel.[1] Further, Defendant concedes that it

---

[1] Docket No. 74, at 1. In his motion to continue the stay of this action, Defendant indicated the arguments that he intends to make in support of vacating the panel's Decision and Order. Docket No. 70. For the reasons stated in Plaintiff's opposition to that motion, Defendant's arguments are without merit. Docket No. 72.

*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska,
Case No. 3:21-cv-00008-HRH                                                                                 Page 1 of 3

Case 3:21-cv-00008-HRH   Document 76   Filed 03/10/23   Page 1 of 3

would be acceptable to him that his motion to vacate be decided by this Court, rather than by a state superior court.[2] In light of this, the Court should lift the stay of this action[3] to allow Defendant to file with the Court a motion to vacate the panel's Decision and Order.

Alaska Statute 09.43.120(c) sets a deadline of 90 days from the delivery of an arbitrator's decision to file a motion to vacate that decision. However, that deadline is not state substantive law, and the Court can establish its own procedural deadlines in this matter, under *Erie Railroad Company v. Tompkins*, 304 U.S. 64 (1938).[4] In light of the passage of time in this proceeding, and given that Defendant's challenges to the panel's Decision and Order require a showing of "*evident* partiality"[5] or raise questions of law, Plaintiff asks the Court to set an earlier deadline for Defendant to file his motion to vacate.

---

[2] Docket No. 74, at 2. While the Court referred to arbitration the decision of the reasonableness of Plaintiff's fee, a *judicial* review of that decision should be made in this action by this Court, siting in diversity jurisdiction, rather than in a new action by a state superior court.

[3] Docket No. 73.

[4] *See, e.g., Gorman v. ESA Management, LLC*, 2018 WL 295793, at *2 (N.D. Tex. 2018) ("To the extent that § 18.001(d) imposes deadlines for filing affidavits and controverting affidavits, however, these provisions are clearly procedural, and this court is not bound to follow them.")

[5] AS 09.43.120(a)(1).
Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska,
Case No. 3:21-cv-00008-HRH                                                                                    Page 2 of 3

If Defendant's motion to vacate is denied, the Court should then grant Plaintiff's motion to confirm the panel's Decision and Order,[6] and receive briefing on the remaining issues presented in this action.

Accompanying this reply is a proposed order addressing both Defendant's motion to continue the stay[7] and Plaintiff's motion to lift the stay and confirm the panel's Decision and Order.[8]

DATED: March 10, 2023.

          RUSSELL L. WINNER
          WINNER & ASSOCIATES, P.C.
          Attorneys for Plaintiff Raymond C. Givens

By: */s/ Russell L. Winner*
      Russell L. Winner
      Alaska Bar No. 7811179

### Certificate of Service

I hereby certify that a copy of the foregoing document was served electronically on the attorneys of record through the Court's CM/ECF System.

          */s/ Russell L. Winner*
          Russell L. Winner

---

[6] *Id.*

[7] Docket No. 70.

[8] Docket No. 73.

*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska,
Case No. 3:21-cv-00008-HRH     Page 3 of 3