RUSSELL L. WINNER, ABA 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Facsimile: (907) 277-4510
Email: rwinner@winnerlaw.com
Attorneys for Plaintiff Raymond C. Givens

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>  Plaintiff,<br><br> v.<br><br>LEROY OENGA, JR.<br><br>  Defendant. | Case No. 3:21-cv-00008-HRH |

[PROPOSED] ORDER

Motions Regarding Stay of Proceedings

The court stayed this action to allow defendant Leroy Oenga, Jr., to petition the Alaska Bar Association to decide in an arbitration the reasonableness of plaintiff Raymond C. Givens' attorney fee.[1] In that order, the court retained jurisdiction to take

---

[1] Docket No. 55.

*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska,
Case No. 3:21-cv-00008-HRH   Page 1 of 3

Case 3:21-cv-00008-HRH   Document 76-1   Filed 03/10/23   Page 1 of 3

up any complex Indian law issues, or any other issues, that remain to be resolved after a decision in that arbitration.

An arbitration panel of the Alaska Bar Association has now issued its decision and order regarding the reasonableness of plaintiff's fee. That decision and order has been filed with the court.[2]

Defendant has filed a motion asking the court to continue the stay of this action to allow him to file with the state superior court a motion to vacate the panel's decision and order,[3] and plaintiff has opposed that motion.[4] Plaintiff has filed a motion asking the court to lift the stay and confirm the panel's decision and order,[5] and defendant has opposed that motion.[6] In briefing on those motions, plaintiff has indicated that he does not oppose defendant filing in this court a motion to vacate the panel's decision and order,[7] and defendant has indicated that it would be acceptable to him to have his motion

---

[2] Docket No. 67-1 (Sealed).

[3] Docket No. 70.

[4] Docket No. 72.

[5] Docket No. 73.

[6] Docket No. 75.

[7] Docket No. 76.

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska,
Case No. 3:21-cv-00008-HRH　　　　　　　　　　　　　　　　　　　　　　　Page 2 of 3

Case 3:21-cv-00008-HRH   Document 76-1   Filed 03/10/23   Page 2 of 3

to vacate decided by this court rather than by a state superior court.[8] Neither party has requested oral argument, and none is deemed necessary.

The stay of this action is lifted to allow defendant to file in this court a motion to vacate the panel's decision and order. That motion shall be filed by _____. Plaintiff's opposition to that motion shall be filed by _____. Defendant's reply, if any, shall be filed by _____.

Dated at Anchorage, Alaska, this ____ day of March, 2023.

_____
United States District Judge

### Certificate of Service

I hereby certify that a copy of the foregoing document was served electronically on the attorneys of record through the Court's CM/ECF System.

*/s/ Russell L. Winner*
Russell L. Winner

---

[8] Docket No. 75.

*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska,
Case No. 3:21-cv-00008-HRH                                    Page 3 of 3

Case 3:21-cv-00008-HRH   Document 76-1   Filed 03/10/23   Page 3 of 3

Law Offices of
WINNER & ASSOCIATES, P.C.
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522