Rachel B. Lauesen, ABA No. 0905016
Lauesen Law Team, LLC
521 W. 41st Avenue, Suite 102
Anchorage, Alaska 99503
Telephone: (907) 206-2030
Facsimile: (907) 206-2040
Email: rachel@lauesenlaw.com
Attorneys for Defendant Leroy Oenga, Jr.

| | |
|---|---|
| RAYMOND C. GIVENS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| LEROY OENGA, JR. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. 3:21-cv-00008-HRH |

## NOTICE OF FILED PETITION TO VACATE FEE ARBIRATION PANEL'S DECISION

COMES NOW Defendant Leroy Oenga, Jr., and hereby notifies the Court that he filed a petition on May 11, 2023 to vacate the Fee Arbitration Panel's decision in Superior Court for The State of Alaska pursuant to Alaska Bar Rule 40(t), in accordance with the Court's Order at Docket 77. The Fee Arbitration Panel's decision was not distributed to Petitioner until February 14, 2023.

DATED this 11th day of May, 2023 at Anchorage, Alaska.

*Givens v. Oenga, Jr.*, Case No. 3:21-cv-00008-HRH
Notice of Filing Petition to Vacate Fee Arbitration Panel's Decision in Superior Court for The State of Alaska

LAUESEN LAW TEAM, LLC
Attorneys for Defendant Leroy Oenga, Jr.

By:     s/ Rachel B. Lauesen
Rachel B. Lauesen, ABA No. 0905016

CERTIFICATE OF SERVICE
The undersigned hereby certifies that on
11th day of May, 2023 a true and correct
copy of the foregoing document was served via
CM/ECF to the following recipients:

Russell Winner, Esq.
rwinner@winnerlaw.com


By: s/ Rachel B. Lauesen
Rachel B. Lauesen

**The Lauesen Law Team, LLC**
521 W. 41st Avenue Suite 102
Anchorage, AK 99503
Tel (907) 206-2030
Fax (907) 206-2040
Rachel@Lauesenlaw.com

*Givens v. Oenga, Jr.*, Case No. 3:21-cv-00008-HRH
Notice of Filing Petition to Vacate Fee Arbitration Panel's Decision in Superior Court for
The State of Alaska