IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>                Plaintiff,<br>vs.<br><br>LEROY OENGA, JR.,<br><br>                Defendant. | No. 3:21-cv-0008-HRH |

O R D E R

Case Status

On May 11, 2023, defendant filed a petition with the Alaska Superior Court seeking the vacatur of the Fee Arbitration Panel Award made in this case.[1]

In accordance with the court's stay of proceedings order of March 17, 2023,[2] the stay of these federal court proceedings is continued until the Alaska court review proceedings have been exhausted.

DATED at Anchorage, Alaska, this  12th  day of May, 2023.

/s/  H. Russel Holland
United States District Judge

---

[1] See Notice of Filed Petition (May 11, 2023), Docket No. 78.

[2] Docket No. 77.

ORDER – Case Status                - 1 -