IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RAYMOND C. GIVENS,                )
                                  )
                      Plaintiff,  )
                                  )
  vs.                             )
                                  )
LEROY OENGA, JR.,                 )
                                  ) No. 3:21-cv-0008-HRH
                      Defendant.  )
_____)

O R D E R

Case Status

This case status order is being entered in Givens v. Oenga Jr., No. 3:21-cv-0008 (the "-008 case"), and Givens v. Delia, No. 3:23-cv-0121 (the -121 case").

A scheduling and planning order was entered on May 11, 2021,[1] in the -008 case. That scheduling order provided that fact discovery should be completed on or before March 31, 2022, and that expert witness discovery should be completed by January 31, 2022. However, by order of September 30, 2021,[2] the court stayed the -008 case pending the resolution of defendant's petition for arbitration. By order of March 17, 2023, the stay of the -008 case was continued "until Alaska court review proceedings have been exhausted."[3]

---

[1]Docket No. 22.

[2]Docket No. 55.

[3]Docket No. 77 at 3.

Order – Case Status                                              - 1 -

Leroy Oenga, Jr., filed his complaint for vacatur of the Alaska Bar Association Fee Arbitration Panel's decision in the Superior Court for the State of Alaska, Second Judicial District at Utqiagvik, on May 10, 2023.[4] Plaintiff removed the superior court case to this court where it became Oenga Jr. v. Givens, No. 2:23-cv-0002 (the "-002 case").[5] Oenga Jr. moved to remand the -002 case to the superior court. By order of October 10, 2023,[6] the -002 case was remanded to the Superior Court for the State of Alaska at Utqiagvik.

During the stay of the -008 proceedings, critical scheduling dates were passed up, with the court having no information as to the nature or extent of the discovery that remains to be undertaken in the -008 case. In the -121 case, by minute order of June 20, 2023, the court called upon the parties to confer and provide the court with a scheduling and planning conference report.[7] On July 11, 2023, the court received the parties' conference report.[8] By order of July 18, 2023,[9] the court deferred entry of a scheduling and planning order in the -121 case because of the status of the three, then-pending cases (the -008 case, the -002 case, and the -121 case), all of which were based upon the same Givens/Oenga attorney fee contract. Now that the status of the -002 case has been

---

[4]Docket No. 4-1 (Sealed) in the -002 case.

[5]See Docket No. 1 in the -002 case.

[6]Docket No. 32 (Sealed) in the -002 case.

[7]Docket No. 8 in Givens v. Delia, No. 3:23-cv-0121-HRH.

[8]Docket No. 11 in Givens v. Delia, No. 3:23-cv-0121-HRH.

[9]Docket No. 14 in Givens v. Delia, No. 3:23-cv-0121-HRH.

Order – Case Status                                                                                                              - 2 -

resolved by the court's remand order of October 10, 2023,[10] it will be appropriate for the parties to the -008 case and the -121 case to revisit the subject of case scheduling. Plainly, the scheduling and planning order heretofore entered in the -008 case, as well as the parties' previous scheduling and planning conference report filed in the -121 case, must be updated at some point in time.

As reflected by the court's case status order of August 23, 2023,[11] all parties have agreed that the -008 and -121 cases should be consolidated. For purposes of Rule 42, Federal Rules of Civil Procedure, it is entirely clear from the plaintiff's complaints in the -008 and -121 cases that they involve common questions of law as well as common facts – both cases being based upon the same attorney fee contract entered into by plaintiff and the heirs of Leroy Oenga, Sr. However, inasmuch as the court has remanded the -002 case to the Alaska Superior Court, the court's stay of proceedings in the -008 case remains operative. Givens cannot proceed with his attorney fee lawsuit until the Alaska Bar arbitration proceedings – including court review in accordance with Alaska Bar Rule 40(t) – have been concluded. Because the -008 case cannot proceed at this point, consolidation of the -008 and -121 cases will not be appropriate at this time. As to the -121 case, and because Mr. Delia has not instituted fee arbitration proceedings in his case, the court perceives no reason why development of the -121 case should not proceed.

In revisiting the subject of scheduling in this case, the parties will please be mindful of the following:

(a) Defendant in the -008 case has presumably undertaken significant discovery, but will presumably need time to complete fact and expert

---

[10] Docket No. 32 (Sealed) in <u>Oenga Jr. v. Givens</u>, No. 2:23-cv-0002-HRH.

[11] Docket No. 81; Docket No. 19 in <u>Givens v. Delia</u>, No. 3:23-cv-0121-HRH.

discovery. Will Oenga agree to the conduct of any additional discovery pending review of the Arbitration Panel decision by the superior court?

(b) Defendant in the -121 case has probably not yet undertaken any discovery, although the court believes that plaintiff has probably made significant disclosures of information to the -121 defendant. The parties to the -121 case will please provide the court with an updated scheduling and planning report.[12]

The court will meet with counsel for the parties if they need scheduling and planning assistance in the -008 and -121 cases. Otherwise, the court will anticipate receiving the parties' scheduling and planning conference report in the -121 case on or before **October 31, 2023**.

DATED at Anchorage, Alaska, this <u>19th</u> day of October, 2023.

/s/ H. Russel Holland<br>
United States District Judge

---

[12] The court's scheduling and planning conference report form is available online in Microsoft Word format on the court's public website: https://www.akd.uscourts.gov. (At the website, choose the "Forms" tab, select "Local Forms," and scroll down to "Civil Form 26(f) (All Judges).")