IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>                Plaintiff,<br><br>vs.<br><br>LEROY OENGA, JR.,<br><br>                Defendant. | No. 3:21-cv-0008-HRH |

## O R D E R

### Scheduling and Planning Conference

The court has entered identical case status orders in this and the -121 case, in which the court expressed its willingness to meet with counsel for the parties for purposes of providing scheduling and planning assistance. As expected, the court has received a revised scheduling and planning conference report in the -121 case. The court has received no further input as to this, the -008 case. The parties to the -121 case have jointly requested a meeting with the court.[1]

As the parties know, this and the -121 case are heavily interrelated because both are founded upon an attorney fee contract between Givens and the Oenga Sr. heirs, including Oenga Jr. and Delia. For reasons explained in its case status order of October 19, 2023,[2] it is the opinion of the court that this and the -121 case cannot be consolidated at

---

[1] Docket No. 23 in the -121 case.

[2] Docket No. 82; Docket No. 20 in the -008 case.

Order – Scheduling and Planning Conference        - 1 -

this time because arbitration proceedings between Givens and Oenga Jr. have not yet been completed.

What this separation between the cases should mean for scheduling purposes is unclear, and the court desires input from the parties before it acts upon the revised scheduling and planning conference report which it has received in the -121 case.[3]

Counsel in both of these two cases shall confer and, on or before **November 6, 2023**, propose to the court a date for a scheduling conference with the court not later than **December 14, 2023**.

Attendance at the foregoing conference by all counsel will be mandatory. Counsel shall attend in person; clients may participate in person or by telephone on the attorneys' respective cell phones. The conference will be in chambers and off the record.

DATED at Anchorage, Alaska, this  24th  day of October, 2023.

/s/ H. Russel Holland
United States District Judge

---

[3]Docket No. 22 in this case.

Order – Scheduling and Planning Conference                                                                          - 2 -

Case 3:21-cv-00008-HRH   Document 83   Filed 10/24/23   Page 2 of 2