Rachel B. Lauesen, ABA No. 0905016
Lauesen Law Team, LLC
521 W. 41st Avenue, Suite 102
Anchorage, Alaska 99503
Telephone: (907) 206-2030
Facsimile: (907) 206-2040
Email: rachel@lauesenlaw.com
Attorneys for Defendant Leroy Oenga, Jr.

The Lauesen Law Team, LLC
521 W. 41st Avenue Suite 102
Anchorage, AK 99503
Tel (907) 206-2030
Fax (907) 206-2040
Rachel@Lauesenlaw.com

| | |
|---|---|
| RAYMOND C. GIVENS, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| LEROY OENGA, JR. | ) |
| | ) |
| Defendant. | ) |
| _____ ) | Case No. 3:21-cv-00008-HRH |

## RESPONSE TO COURT ORDER AT DOCKET 82

COMES NOW, Defendant Leroy Oenga, Jr., through counsel Rachel B. Lauesen of Lauesen Law Team, LLC, and hereby files Notice to The Court responding to Docket No. 82.

In Docket 82, this Honorable Court stated the following:

(a) Defendant in the -008 case has presumably undertaken significant discovery, but will presumably need time to complete fact and expert discovery. Will Oenga agree to the conduct of any additional discovery pending review of the Arbitration Panel decision by the superior court?

*Givens v. Oenga, Jr.*, Case No. 3:21-cv-00008-HRH
Response to Court Order at Docket 82.
Page 1 of 3

Under the Alaska Bar Rule 40(f), a party must petition the Panel and demonstrate "good cause" to conduct discovery in a Fee Arbitration proceeding. Mr. Oenga and Mr. Givens both made application to the Panel to conduct discovery in May, 2022. The Panel delayed issuance of an Order until September 1, 2022.[1] Mr. Givens provided his disclosures on October 4, 2022. Mr. Givens' deposition was conducted on October 12, 2022. Fee Arbitration Panel conducted its hearing on November 13-15, 2022.

The Order filed herewith under seal demonstrates the scope of discovery authorized to be conducted to date by the Fee Arbitration Panel. There was no discovery conducted in this case before referral to the Fee Arbitration Panel, and no documents disclosed to Mr. Oenga in Givens July 30, 2021 initial disclosures because Mr. Givens stated they will be provided "once a confidentiality order has been entered,"[2] despite this Court having denied Givens' motion for open-ended confidentiality agreement,[3] and despite Givens' acknowledging that the only documents that he contends should be regarded as confidential were the Confidential Term Sheet and the 2011 Amendment to the Lease and the Lease Agreement.[4] As such, Mr. Oenga agrees that it is appropriate that additional discovery be conducted in

The Lauesen Law Team, LLC
521 W. 41st Avenue Suite 102
Anchorage, AK 99503
Tel (907) 206-2030
Fax (907) 206-2040
Rachel@Lauesenlaw.com

---

[1] Filed under seal at Exhibit A to Declaration of Counsel (9/1/22 Fee Arbitration Order regarding discovery applications).
[2] Exhibit B to hereto (Givens July 30, 2021 Initial Disclosures pleading) at p. 7.
[3] Docket 38.
[4] Docket 43-1.
*Givens v. Oenga, Jr.*, Case No. 3:21-cv-00008-HRH
Response to Court Order at Docket 82.
Page 2 of 3

this proceeding after the conclusion of the Alaska Bar Association Fee Arbitration

proceedings.

DATED this 31st day of October, 2023 at Anchorage, Alaska.


LAUESEN LAW TEAM, LLC
Attorneys for Defendant Leroy Oenga, Jr.

By:    s/ Rachel B. Lauesen
Rachel B. Lauesen, ABA No. 0905016

CERTIFICATE OF SERVICE
The undersigned hereby certifies that on
31st day of October, 2023 a true and correct
copy of the foregoing document was served via
CM/ECF to the following recipients:

Russell Winner, Esq.
rwinner@winnerlaw.com


By: s/ Rachel B. Lauesen
        Rachel B. Lauesen

**The Lauesen Law Team, LLC**
521 W. 41st Avenue Suite 102
Anchorage, AK 99503
Tel (907) 206-2030
Fax (907) 206-2040
Rachel@Lauesenlaw.com

*Givens v. Oenga, Jr.*, Case No. 3:21-cv-00008-HRH
Response to Court Order at Docket 82.
Page 3 of 3