RUSSELL L. WINNER, ABA 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Email: rwinner@winnerlaw.com

Attorneys for Plaintiff Raymond C. Givens

RACHEL D. LAUESEN
THE LAUESEN LAW TEAM, LLC
521 W. 41st Ave., Suite 102
Anchorage, AK 99503
Telephone (907) 206-2023
Email: rachel@lauesenlaw.com

Attorneys for Defendant Leroy Oenga, Jr.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>    Plaintiff,<br><br>v.<br><br>LEROY OENGA, JR.<br><br>    Defendant. | Case No. 3:21-cv-00008-HRH |

**JOINT RESPONSE TO ORDER RE: SCHEDULING AND PLANNING CONFERENCE**

Pursuant to this Court's October 24, 2023, Order Re: Scheduling and Planning Conference (Docket No. 83), undersigned counsel advise the Court that they are

*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska,
Case No. 3:21-cv-00008-HRH      Page 1 of 2

Case 3:21-cv-00008-HRH     Document 88     Filed 11/06/23     Page 1 of 2

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

available for an in-person scheduling and planning conference on **December 5, 2023**. The undersigned have conferred with Andrew Erickson, counsel for Joseph Delia, in *Givens v. Joseph Delia,* No. 3:23-cv-0121-HRH, who has represented that he is also available on December 5 to attend the joint scheduling and planning conference. Alternatively, all counsel are also available the week of December 5-8, 2023, if this Court prefers a different date that week.

                              RUSSELL L. WINNER
                              WINNER & ASSOCIATES, P.C.
                              Attorneys for Plaintiff Raymond C. Givens

Dated: November 6, 2023      By:   */s/ Russell L. Winner*
                                        Russell L. Winner
                                        Alaska Bar No. 7811179


                              RACHEL B. LAUESEN
                              THE LAUESEN LAW TEAM, LLC
                              Attorneys for Defendant Leroy Oenga, Jr.

Dated: November 6, 2023      By:   */s/ Rachel B. Lauesen*
                                        Rachel B. Lauesen
                                        Alaska Bar No. 70905016


### Certificate of Service

I hereby certify that a copy of the foregoing document was served electronically on the attorneys of record through the Court's CM/ECF System.

                                      */s/ Russell L. Winner*
                                      Russell L. Winner

*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska,
Case No. 3:21-cv-00008-HRH                                                 Page 2 of 2

Case 3:21-cv-00008-HRH    Document 88    Filed 11/06/23    Page 2 of 2