Rachel B. Lauesen, ABA No. 0905016
Lauesen Law Team, LLC
521 W. 41st Avenue, Suite 102
Anchorage, Alaska 99503
Telephone: (907) 206-2030
Facsimile: (907) 206-2040
Email: rachel@lauesenlaw.com
Attorneys for Defendant Leroy Oenga, Jr.

| | |
|---|---|
| RAYMOND C. GIVENS, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) |
| LEROY OENGA, JR. | ) ) |
| Defendant. | ) ) |
| | ) Case No. 3:21-cv-00008-HRH |

### NOTICE OF FILING SUMMARY ORDER ON PENDING MOTIONS IN CASE NO. 2BA-23-00111CI

COMES NOW, Defendant Leroy Oenga, Jr., through counsel Rachel B. Lauesen of Lauesen Law Team, LLC, and hereby notifies The Court of filing Judge Roteman's December 12, 2023, Summary Order on Pending Motions, attached hereto as Exhibit A, in 2BA-23-00111CI.

The Summary Order denies Givens' Motion to Determine Scope and states "parties are allowed to brief all four counts according to briefing schedule".[1]

---

[1] Exhibit A at ¶4.

*Givens v. Oenga, Jr.*, Case No. 3:21-cv-00008-HRH
Notice of Filing Summary Order on Pending Motions in Case No. 2BA-23-00111CI
Page 1 of 2

DATED this 13th day of December, 2023 at Anchorage, Alaska.

                                              LAUESEN LAW TEAM, LLC
Attorneys for Defendant Leroy Oenga, Jr.

By:   s/ Rachel B. Lauesen
      Rachel B. Lauesen, ABA No. 0905016

CERTIFICATE OF SERVICE
The undersigned hereby certifies that on 13th day of December, 2023 a true and correct copy of the foregoing document was served via CM/ECF to the following recipients:

Russell Winner, Esq.
rwinner@winnerlaw.com

By: s/ Rachel B. Lauesen
     Rachel B. Lauesen

*Givens v. Oenga, Jr.*, Case No. 3:21-cv-00008-HRH
Notice of Filing Summary Order on Pending Motions in Case No. 2BA-23-00111CI
Page 2 of 2

Case 3:21-cv-00008-HRH    Document 95    Filed 12/13/23    Page 2 of 2