IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
SECOND JUDICIAL DISTRICT AT KOTZEBUE

| | |
|---|---|
| LEROY OENGA, JR., </br></br> Petitioner, </br></br> v. </br></br> RAYMOND C. GIVENS, </br></br> Respondent. | Case No. 2BA-23-111CI |

## SUMMARY ORDER ON PENDING MOTIONS

Before the Court is Respondent Raymond C. Givens' Motion to Determine Scope of Briefing and Set Briefing Schedule; Petitioner Leroy Oenga's Response, and Givens' reply. Parties have motioned the Court to make various preliminary rulings. Therefore, the Court issues the following:

1. The Court finds the applicable law is AS 09.43.500, not AS 09.43.120.[1]
2. Givens' Motion to Determine Scope is DENIED, parties are allowed to brief all four counts according to the briefing schedule.
3. Oenga's Cross-Motion to Strike Answer to Petition for Failure to Comply with Alaska R. Civ. P. 8(b) is DENIED.
4. Givens' Motion for Confirmation of Reward is STAYED pending Court's decision following briefing.
5. No additional briefs or motions may be filed without leave of Court.

**IT IS SO ORDERED.**

Dated at Kotzebue, Alaska, this 11th day of December, 2023.

I certify that on 12.12.23
copies of this document were
sent to: Rachel B. Lauesen
CLERK Russell L. Winner
KB

PAUL A. ROETMAN
Superior Court Judge



---

[1] *See* Order Setting Briefing Schedule.

*Oenga v. Givens*, 2BA-23-111CI,
Summary Order on Pending Motions

Page 1 of 1