IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>                      Plaintiff,<br>vs.<br><br>LEROY OENGA, JR.,<br><br>                      Defendant. | No. 3:21-cv-0008-HRH |

O R D E R

Chambers Copies

The parties shall provide a chambers copy for the use of the undersigned judge of every filing that exceeds **50 pages**, including attachments.[1]  Chambers copies are not part of the official file in the case and are not open to public inspection.  Chambers copies should contain the following:

- If the document was filed electronically, the chambers copy must be an exact replica of the filed document, including the document footer assigned by the CM/ECF System.

- Exhibits must be separately identified with readily visible tabs.  (As to conventionally filed exhibits, see Local Civil Rule 7.3(c)(3).)

- The copies are to be legible, single-sided, and two-hole punched at the center of the top of the page.

DATED at Anchorage, Alaska, this 5th day of June, 2024.

/s/ H. Russel Holland
United States District Judge

---

[1] E.g., Docket No. 115.