RUSSELL L. WINNER, ABA 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Email: rwinner@winnerlaw.com
Attorneys for Plaintiff Raymond C. Givens

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>    Plaintiff,<br><br>vs.<br><br>LEROY OENGA, JR.,<br><br>    Defendant. | Case No. 3:21-cv-00008-HRH |

**NOTICE OF FILING**
**ORDER CONFIRMING AWARD UNDER SEAL**

Pursuant to the Court's order, dated June 4, 2024,[1] Plaintiff Raymond C. Givens, by his undersigned attorney, hereby gives notice of filing under seal the Order Confirming Award by the Superior Court dated May 17, 2024.

---

[1] Docket No. 112.

*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska,
Case No. 3:21-cv-00008-HRH                          Page 1 of 2

DATED: June 7, 2024.

        RUSSELL L. WINNER
        WINNER & ASSOCIATES, P.C.
        Attorneys for Plaintiff Raymond C. Givens

By: /s/ Russell L. Winner
      Russell L. Winner
      Alaska Bar No. 7811179

**Certificate of Service**

I hereby certify that a copy of the foregoing document was served electronically on the attorneys of record through the Court's CM/ECF System.

/s/ Russell L. Winner
Russell L. Winner

*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska,
Case No. 3:21-cv-00008-HRH     Page 2 of 2

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522