IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RAYMOND C. GIVENS,)
)
          Plaintiff,)
)
vs.)
)
LEROY OENGA, JR.,)
) No. 3:21-cv-0008-HRH
          Defendant.)
)

O R D E R

Motion to Lift Stay[1]

Plaintiff moves to lift the stay of proceedings in this case for the limited purpose of allowing him to file a motion for prejudgment writ of attachment. The motion is opposed[2] and plaintiff has replied.[3]

This summary order addressing the foregoing motion is being entered for purposes of facilitating the coordination of plaintiff's proposed motion for prejudgment attachment in this case and a like motion[4] pending in the related case, No. 3:23-cv-0121, Givens v. Delia. A supplemental order explaining this ruling will be entered in due course.

Plaintiff's motion to lift the stay of these proceedings for purposes of the filing of a motion for prejudgment attachment is granted. Plaintiff's motion for prejudgment attach-

---

[1]Docket No. 101.

[2]Docket No. 114.

[3]Docket No. 117.

[4]Docket No. 36 in No. 3:23-121.

ORDER – Motion to Lift Stay      - 1 -

ment shall be served and filed forthwith. Defendant's response to plaintiff's motion for prejudgment attachment shall be served and filed on or before **June 26, 2024**. The court will not entertain a motion to delay defendant's response.

DATED at Anchorage, Alaska, this  11th  day of June, 2024.

/s/ H. Russel Holland
United States District Judge