Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

RUSSELL L. WINNER, ABA 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Email: rwinner@winnerlaw.com
Attorneys for Plaintiff Raymond C. Givens

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>    Plaintiff,<br><br>vs.<br><br>LEROY OENGA, JR.,<br><br>    Defendant. | Case No. 3:21-cv-00008-HRH |

**NOTICE OF FILING AMENDED PROPOSED ORDER AND
AMENDED PROPOSED PREJUDGMENT WRIT OF ATTACHMENT**

On June 11, 2024, Plaintiff Raymond C. Givens filed the following with the Court: (1) [Proposed] Order Granting Plaintiff's Motion for Prejudgment Writ of Attachment[1]; and (2) [Proposed] Writ of Attachment.[2] Plaintiff hereby gives notice of

---

[1] Docket No. 121-1.

[2] Docket No. 121-2.

*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska,
Case No. 3:21-cv-00008-HRH                                     Page 1 of 2

filing with the Court an amended proposed order and an amended proposed writ, which are attached to this notice. These are intended to replace the earlier-filed proposed order and proposed writ. This is to clarify that Plaintiff is seeking relief only against Defendant Leroy Oenga, Jr. Plaintiff is not seeking relief against the Bureau of Indian Affairs or the Office of Trust Funds Administration, of the U.S. Department of the Interior.

DATED: June 18, 2024.

>RUSSELL L. WINNER
>WINNER & ASSOCIATES, P.C.
>Attorneys for Plaintiff Raymond C. Givens
>
>By: /s/ Russell L. Winner
>    Russell L. Winner
>    Alaska Bar No. 7811179

## Certificate of Service

I hereby certify that a copy of the foregoing document was served electronically on the attorneys of record through the Court's CM/ECF System.

>/s/ Russell L. Winner
>Russell L. Winner

*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska,
Case No. 3:21-cv-00008-HRH                                                      Page 2 of 2

Case 3:21-cv-00008-HRH   Document 124   Filed 06/18/24   Page 2 of 2

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522