RUSSELL L. WINNER, ABA 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Email: rwinner@winnerlaw.com
Attorneys for Plaintiff Raymond C. Givens

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>        Plaintiff,<br>vs.<br><br>LEROY OENGA, JR.,<br><br>        Defendant. | Case No. 3:21-cv-00008-HRH |

**[AMENDED PROPOSED] PREJUDGMENT
WRIT OF ATTACHMENT**

Plaintiff Raymond C. Givens has filed a motion for a prejudgment writ of attachment. Defendant Leroy Oenga, Jr., has opposed the motion. On today's date, the Court has entered an order granting Plaintiff's motion. In furtherance thereof,

IT IS HEREBY ORDERED that Defendant shall instruct the Bureau of Indian Affairs and/or the Bureau of Trust Funds Administration, within the U.S. Department of the Interior, to pay into the registry of the Court [or to such other account as the Court deems appropriate] $_____ from the funds to be received by those

*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska,
Case No. 3:21-cv-00008-HRH         Page 1 of 2

agencies as Defendant's share of the year 2025 rent, paid by Hilcorp Alaska, LLC in August or September of 2024, for the Oenga Native allotment. If there are insufficient funds received at that time to fully make the above payment, Defendant shall direct the above agencies to transfer such funds received from subsequent annual rent payments as is necessary to satisfy this prejudgment writ of attachment.

Dated at Anchorage, Alaska, this ___ day of _____, 2024.

_____
H. Russel Holland
United States District Judge

## Certificate of Service

I hereby certify that a copy of the foregoing document was served electronically on the attorneys of record through the Court's CM/ECF System.

/s/ Russell L. Winner
Russell L. Winner

*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska,
Case No. 3:21-cv-00008-HRH                                                        Page 2 of 2

Case 3:21-cv-00008-HRH   Document 124-2   Filed 06/18/24   Page 2 of 2

Law Offices of
WINNER & ASSOCIATES, P.C.
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522