RUSSELL L. WINNER, ABA 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Email: rwinner@winnerlaw.com
Attorneys for Plaintiff Raymond C. Givens

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RAYMOND C. GIVENS,

Plaintiff,

vs.

LEROY OENGA, JR.,

Defendant.

Case No. 3:21-cv-00008-HRH

**PLAINTIFF'S NOTICE TO COURT RE:**
**UNITED STATES' AMICUS BRIEF**

Plaintiff Raymond C. Givens hereby gives notice that he does not intend to file a response to the United States' amicus brief,[1] because that brief makes no arguments that

[1] Docket No. 137.

*Raymond C. Givens v. Leroy Oenga, Jr.*,
U.S. District Court for the District of Alaska,
Case No. 3:21-cv-00008-HRH
Page 1 of 2

Case 3:21-cv-00008-HRH Document 138 Filed 07/10/24 Page 1 of 2

were not presented by Defendant Leroy Oenga, Jr.,[2] and addressed by Plaintiff in his motion for a prejudgment writ of attachment[3] and his reply brief.[4]

If the Court believes that additional briefing by the parties in response to the government's amicus brief would be of aid to the Court, Plaintiff asks that the Court order expedited simultaneous briefing, to allow for a decision by the Court on Plaintiff's attachment motion by the end of this month.

DATED: July 10, 2024.

RUSSELL L. WINNER
WINNER & ASSOCIATES, P.C.
Attorneys for Plaintiff Raymond C. Givens

By: /s/ Russell L. Winner
Russell L. Winner
Alaska Bar No. 7811179

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

**Certificate of Service**

I hereby certify that a copy of the foregoing document was served electronically on the attorneys of record through the Court's CM/ECF System.

/s/ Russell L. Winner
Russell L. Winner

[2] Docket No. 129.

[3] Docket No. 121.

[4] Docket No. 136.

