RUSSELL L. WINNER, ABA 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Email: rwinner@winnerlaw.com
Attorneys for Plaintiff Raymond C. Givens

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>               Plaintiff,<br>vs.<br><br>LEROY OENGA, JR.,<br><br>               Defendant. | Case No. 3:21-cv-00008-HRH |

**PLAINTIFF'S MOTION TO FILE
HIS DECLARATION UNDER SEAL**

Plaintiff Raymond C. Givens, by his undersigned counsel, hereby moves, pursuant to Local Rule 7.3(f), to file under seal the accompanying Declaration of Raymond C. Givens [Filed Under Seal], dated today's date, with Exhibits 1 - 3 attached thereto. The declaration should be filed under seal because its Exhibit 1 includes confidential information.

A proposed order accompanies this motion.

*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska,
Case No. 3:21-cv-00008-HRH                                                      Page 1 of 2

DATED: July 12, 2024.

        RUSSELL L. WINNER
        WINNER & ASSOCIATES, P.C.
        Attorneys for Plaintiff Raymond C. Givens

By: */s/ Russell L. Winner*
      Russell L. Winner
      Alaska Bar No. 7811179

**Certificate of Service**

I hereby certify that a copy of the foregoing document was served electronically on the attorneys of record through the Court's CM/ECF System.

*/s/ Russell L. Winner*
Russell L. Winner

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

*Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska,
Case No. 3:21-cv-00008-HRH    Page 2 of 2

Case 3:21-cv-00008-HRH   Document 139   Filed 07/12/24   Page 2 of 2