IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RAYMOND C. GIVENS,

                Plaintiff,

vs.

LEROY OENGA, JR.,

                Defendant.

No. 3:21-cv-0008-HRH

O R D E R

Case Status

The court acknowledges its receipt of a notice[1] of the death of plaintiff, Raymond C. Givens.

Proceedings in this case are stayed pending the substitution of a personal representative of the Estate of Raymond C. Givens.

The court reminds the parties that a substitution of parties must take place within 90 days after the service of a statement noting the death; in this case the notice was filed March 4, 2025. Fed. R. Civ. P. 25(a)(1).

The parties will please note that if a motion for substitution of parties is not filed prior to **June 2, 2025**, this action by the decedent must be dismissed.

DATED at Anchorage, Alaska, this   5th   day of March, 2025.

                                        /s/ H. Russel Holland
                                        United States District Judge

---

[1] Docket No. 147.