RUSSELL L. WINNER, ABA 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Email: rwinner@winnerlaw.com
Attorneys for Plaintiff Maria M. Givens,
as Personal Representative of the Estate of Raymond C. Givens

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

| | |
|---|---|
| MARIA M. GIVENS, as Personal Representative of the Estate of Raymond C. Givens,<br><br>       Plaintiff,<br><br>  vs.<br><br>LEROY OENGA, JR.,<br><br>       Defendant. | Case No. 3:21-cv-00008-SLG |

### [PROPOSED] ORDER GRANTING GIVENS' MOTION TO PRECLUDE OENGA FROM RELITIGATING THE FINDINGS AND CONCLUSIONS OF THE FEE ARBITRATION PANEL IN *OENGA V. GIVENS*

Plaintiff Maria M. Givens, as Personal Representative of the Estate of Raymond C. Givens ("Givens"), has filed a motion for an order that Defendant Leroy Oenga, Jr. ("Oenga") is prevented by claim preclusion from relitigating the findings and conclusions of the Fee Arbitration Panel ("Panel") in *Leroy Oenga, Jr. v. Raymond C.*

*Maria M. Givens, as Personal Representative*
*of the Estate of Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska,
Case No. 3:21-cv-00008-SLG                        Page 1 of 3

Case 3:21-cv-00008-SLG    Document 159-1    Filed 04/28/26    Page 1 of 3

*Givens*, Alaska Bar Association File No. 2021F012, as stated in the Fee Arbitration Panel Decision and Order, dated February 10, 2023. Delia has opposed that motion.

IT IS HEREBY ORDERED that Givens motion is GRANTED. Oenga is prevented by claim preclusion from relitigating here the findings and conclusions of the Panel regarding reasonable compensation to Givens. For the same reason, Oenga is prevented from relitigating the finding and conclusion of the Panel that Givens did not act unethically or have unclean hands in his representation of the Oenga heirs. Accordingly, there is no need for a trial before this Court on Givens' claim under quantum meruit.

Within _____ days of the date of this order, Givens shall file with the Court a statement of the precise amount that Oenga is to instruct the Bureau of Trust Funds Administration to pay Givens from Oenga's Individual Indian Money account from future Native allotment rents received into that account. Within fourteen days thereafter, Oenga shall file his response to Givens' statement.

DATED this _____ day of _____, 2026, at Anchorage, Alaska.

_____
SHARON L. GLEASON
UNITED STATES DISTRICT JUDGE

*Maria M. Givens, as Personal Representative*
*of the Estate of Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska,
Case No. 3:21-cv-00008-SLG

Page 2 of 3

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

**Certificate of Service**

I hereby certify that a copy of the foregoing document was served electronically on the attorneys of record through the Court's CM/ECF System.

/s/ Russell L. Winner
Russell L. Winner

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

*Maria M. Givens, as Personal Representative*
*of the Estate of Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska,
Case No. 3:21-cv-00008-SLG

Case 3:21-cv-00008-SLG   Document 159-1   Filed 04/28/26   Page 3 of 3