IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MARIA M. GIVENS, as Personal Representative of )
of the Estate of Raymond C. Givens )
)
                                     Plaintiff, )
)
v. )
)
LEROY OENGA, JR., )
)
                             Defendant. )
_____ ) Case No. 3:21-cv-0008-SLG

**The Lauesen Law Team, LLC**
521 W. 41st Avenue, Suite 102
Anchorage, AK 99503
Tel (907) 206-2030
Fax (907) 206-2040
Rachel@LauesenLaw.com

### JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE

COMES NOW Defendant Leroy Oenga, Jr. (hereinafter, "Oenga") and Plaintiff Maria M. Givens, as Personal Representative of the Estate of Raymond C. Givens (hereinafter, "Givens"), by and through their respective undersigned counsel of record, and hereby jointly move to continue the Settlement Conference, currently set for May 22, 2026 at 10:00 A.M. Alaska Daylight Time, before the Honorable Magistrate Judge Matthew Scoble, due to Defendant's current hospitalization in Alaska Native Medical Center's intensive care unit. The parties jointly ask Judge Scoble to continue the Settlement Conference to one day during the range of dates in 2026 listed below:

| |
|---|
| June 9th – 12th |
| July 6th – 10th |
| July 13th – 15th |
| August 4th – 7th |

*Givens v. Oenga, Jr.*, Case No. 3:21-cv-0008-SLG
Joint Motion to Continue Settlement Conference
Page 1 of 2

| August 10th – 14th |
|---|
| August 31st – September 4th |

Givens' undersigned counsel has authorized Oenga's undersigned counsel to electronically sign this joint motion on his behalf.

Respectfully submitted this  21st  of May, 2026, in Anchorage, Alaska.

THE LAUESEN LAW TEAM, LLC
Attorneys for Defendant Leroy Oegna, Jr.

*s/ Rachel B. Lauesen*
Rachel B. Lauesen
Alaska Bar Assoc. No.: 0905016
Rachel@LauesenLaw.com

Respectfully submitted this  21st  of May, 2026, in Anchorage, Alaska.

WINNER & ASSOCIATES, P.C.
Attorneys for Plaintiff Maria M. Givens, as Personal Representative of the Estate of Raymond C. Givens

*s/ Russell L. Winner*
Russell L. Winner
Alaska Bar Assoc. No.: 7811179
RWinner@WinnerLaw.com

CERTIFICATE OF SERVICE
The undersigned hereby certified that on this  21st  day of May 2026, a true and correct copy of the foregoing document was served via CM/ECF to the following recipient(s):

Russell Winner, Esq.
RWinner@WinnerLaw.com

*s/ Rachel B. Lauesen*
The Lauesen Law Team, LLC

*Givens v. Oenga, Jr.*, Case No. 3:21-cv-0008-SLG
Joint Motion to Continue Settlement Conference
Page 2 of 2

**The Lauesen Law Team, LLC**
521 W. 41st Avenue, Suite 102
Anchorage, AK 99503
Tel (907) 206-2030
Fax (907) 206-2040
Rachel@LauesenLaw.com