IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MARIA M. GIVENS, as Personal Representative of )
of the Estate of Raymond C. Givens )
                                      )
                        Plaintiff, )
                                        )
v. )
                                        )
LEROY OENGA, JR., )
                                        )
                        Defendant. )
_____) Case No. 3:21-cv-0008-SLG

**The Lauesen Law Team, LLC**
521 W. 41st Avenue, Suite 102
Anchorage, AK 99503
Tel (907) 206-2030
Fax (907) 206-2040
Rachel@LauesenLaw.com

## <u>JOINT MOTION TO CONTINUE THE DEADLINE FOR FILING PARTIES' PLANNING REPORT</u>

       COMES NOW Defendant Leroy Oenga, Jr. (hereinafter, "Oenga") and Plaintiff Maria M. Givens, as Personal Representative of the Estate of Raymond C. Givens (hereinafter, "Givens"), by and through their respective undersigned counsel of record hereby jointly moves this Court to continue the deadline of May 29, 2026 for the parties' to file a new planning report in this case. This joint motion is filed in light of the parties' May 21, 2026 Joint Motion to Continue the Settlement Conference set for May 22, 2026 due to Defendant's current hospitalization in Alaska Native Medical Center's intensive care unit. The parties have proposed dates in June, July, and August of 2026 to continue the Settlement Conference. If this case does not settle by then, the parties request the Court set a deadline to file a new planning report one (1) week following the Settlement Conference.

*Givens v. Oenga, Jr.*, Case No. 3:21-cv-0008-SLG
Joint Motion to Continue the Deadline for Filing Parties' Planning Report
Page 1 of 2

Givens' undersigned counsel has authorized Oenga's undersigned counsel to electronically sign this joint motion on his behalf.

Respectfully submitted this  21st  of May, 2026, in Anchorage, Alaska.

> THE LAUESEN LAW TEAM, LLC
> Attorneys for Defendant Leroy Oegna, Jr.
>
> *s/ Rachel B. Lauesen*
> Rachel B. Lauesen
> Alaska Bar Assoc. No.: 0905016
> Rachel@LauesenLaw.com

Respectfully submitted this  21st  of May, 2026, in Anchorage, Alaska.

> WINNER & ASSOCIATES, P.C.
> Attorneys for Plaintiff Maria M. Givens, as Personal Representative of the Estate of Raymond C. Givens
>
> *s/ Russell L. Winner*
> Russell L. Winner
> Alaska Bar Assoc. No.: 7811179
> RWinner@WinnerLaw.com

CERTIFICATE OF SERVICE
The undersigned hereby certified that on this  21st  day of May 2026, a true and correct copy of the foregoing document was served via CM/ECF to the following recipient(s):

Russell Winner, Esq.
RWinner@WinnerLaw.com

*s/ Rachel B. Lauesen*
The Lauesen Law Team, LLC

*Givens v. Oenga, Jr.*, Case No. 3:21-cv-0008-SLG
Joint Motion to Continue the Deadline for Filing Parties' Planning Report
Page 2 of 2

**The Lauesen Law Team, LLC**
521 W. 41st Avenue, Suite 102
Anchorage, AK 99503
Tel (907) 206-2030
Fax (907) 206-2040
Rachel@LauesenLaw.com