RUSSELL L. WINNER, ABA 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Email: rwinner@winnerlaw.com

Attorneys for Plaintiff Maria M. Givens,
as Personal Representative of the Estate
of Raymond C. Givens

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIA M. GIVENS, as Personal Representative of the Estate of Raymond C. Givens, <br><br> Plaintiff, <br><br> vs. <br><br> LEROY OENGA, JR., <br><br> Defendant. | <br><br><br><br><br><br><br> Case No. 3:21-cv-00008-SLG |

### UNOPPOSED MOTION TO RESCHEDULE
### SETTLEMENT CONFERENCE

Plaintiff Maria M. Givens, as Personal Representative of the Estate of Raymond

C. Givens, by her undersigned counsel, hereby moves that the settlement conference in

*Maria M. Givens, as Personal Representative*
*of the Estate of Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska,
Case No. 3:21-cv-00008-SLG                                   Page 1 of 3

Case 3:21-cv-00008-SLG     Document 170     Filed 05/22/26     Page 1 of 3

this case, currently set for June 12, 2026,[1] be rescheduled. This motion is filed because undersigned counsel mistakenly informed the office of counsel for Defendant Leroy Oenga, Jr., that undersigned counsel was available June 9th through June 12th. In fact, undersigned counsel is available only on June 9th and 10th of that range, and he will be out of Anchorage on June 12th. Plaintiff and her undersigned counsel remain available on all other dates appearing in the parties' Joint Motion to Continue Settlement Conference.[2]

Counsel for Defendant has indicated to undersigned counsel that she does not oppose this motion to reschedule the settlement conference.

DATED: May 22, 2026.

RUSSELL L. WINNER
WINNER & ASSOCIATES, P.C.
Attorneys for Plaintiff Maria M. Givens,
as Personal Representative of the Estate
of Raymond C. Givens

By:  /s/ Russell L. Winner
        Russell L. Winner
        Alaska Bar No. 7811179

---

[1] Docket 169.

[2] Docket 167.

*Maria M. Givens, as Personal Representative*
*of the Estate of Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska,
Case No. 3:21-cv-00008-SLG                                        Page 2 of 3

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

## Certificate of Service

I hereby certify that a copy of the foregoing document was served electronically on the attorneys of record through the Court's CM/ECF System.

/s/ Russell L. Winner
Russell L. Winner

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

*Maria M. Givens, as Personal Representative
of the Estate of Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska,
Case No. 3:21-cv-00008-SLG

Page 3 of 3