RUSSELL L. WINNER, ABA 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Email: rwinner@winnerlaw.com

Attorneys for Plaintiff Maria M. Givens,
as Personal Representative of the Estate
of Raymond C. Givens

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

MARIA M. GIVENS, as Personal
Representative of the Estate
of Raymond C. Givens,

        Plaintiff,

  vs.

LEROY OENGA, JR.,

        Defendant.

Case No. 3:21-cv-00008-SLG

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Maria M. Givens, as Personal Representative of the Estate of Raymond

C. Givens, and Defendant Leroy Oenga, Jr., by their respective undersigned counsel,

hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the

dismissal of this action with prejudice, with each party to pay its own costs and

*Maria M. Givens, as Personal Representative*
*of the Estate of Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska,
Case No. 3:21-cv-00008-SLG

Page 1 of 2

attorney's fees. Counsel for Defendant has indicated to Plaintiff's undersigned counsel that she authorizes Plaintiff's undersigned counsel to electronically sign this stipulation on her behalf.

A proposed order of dismissal with prejudice accompanies this stipulation.

RUSSELL L. WINNER
WINNER & ASSOCIATES, P.C.
Attorneys for Plaintiff Maria M. Givens,
as Personal Representative of the Estate
of Raymond C. Givens

Dated: July 23, 2026

By: */s/ Russell L. Winner*
    Russell L. Winner
    Alaska Bar No. 7811179
    rwinner@winnerlaw.com

RACHEL B. LAUESEN
THE LAUESEN LAW TEAM, LLC
Attorneys for Defendant Leroy Oenga, Jr.

Dated: July 23, 2026

By: */s/ Rachel B. Lauesen*
    Rachel B. Lauesen
    Alaska Bar No. 0905016
    rachel@lauesenlaw.com

### Certificate of Service

I hereby certify that a copy of the foregoing document was served electronically on the attorneys of record through the Court's CM/ECF System.

*/s/ Russell L. Winner*
Russell L. Winner

*Maria M. Givens, as Personal Representative*
*of the Estate of Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska,
Case No. 3:21-cv-00008-SLG

Page 2 of 2