RUSSELL L. WINNER, ABA 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Email: rwinner@winnerlaw.com

Attorneys for Plaintiff Maria M. Givens,
as Personal Representative of the Estate
of Raymond C. Givens

Law Offices of
WINNER & ASSOCIATES, P.C.
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MARIA M. GIVENS, as Personal
Representative of the Estate
of Raymond C. Givens,

               Plaintiff,

    vs.

LEROY OENGA, JR.,

               Defendant.

Case No. 3:21-cv-00008-SLG

## [PROPOSED] ORDER DISMISSISNG ACTION WITH PREJUDICE

Plaintiff Maria M. Givens, as Personal Representative of the Estate of Raymond

C. Givens, and Defendant Leroy Oenga, Jr., have stipulated, pursuant to Federal Rule of

Civil Procedure 41(a)(1)(A)(ii), to the dismissal of this action with prejudice, with each

party to pay its own costs and attorney's fees.

*Maria M. Givens, as Personal Representative*
*of the Estate of Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska,
Case No. 3:21-cv-00008-SLG

Case 3:21-cv-00008-SLG    Document 187-1    Filed 07/23/26    Page 1 of 2

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to pay its own costs and attorney's fees.

DATED this _____ day of _____, 2026, at Anchorage, Alaska.

SHARON L. GLEASON
UNITED STATES DISTRICT JUDGE

**Certificate of Service**

I hereby certify that a copy of the foregoing document was served electronically on the attorneys of record through the Court's CM/ECF System.

*/s/ Russell L. Winner*
Russell L. Winner

*Maria M. Givens, as Personal Representative*
*of the Estate of Raymond C. Givens v. Leroy Oenga, Jr.,*
U.S. District Court for the District of Alaska,
Case No. 3:21-cv-00008-SLG

Page 2 of 2

Case 3:21-cv-00008-SLG    Document 187-1    Filed 07/23/26    Page 2 of 2

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522